## APPENDIX A: VIOLATIONS OF CWA LIMITS

| Violation # | Date | Outlet | Parameter | Type | Limit | Reported | Units | % Over Limit |
|---|---|---|---|---|---|---|---|---|
| 1 | Dec-19 | 002 | pH | Min | 6 | 4.02 | S.U. | |
| 2 | Dec-19 | 002 | pH | Max | 9 | 9.34 | S.U. | |
| 3 | Jan-20 | 002 | pH | Min | 6 | 3.04 | S.U. | |
| 4 | Jan-20 | 002 | pH | Max | 9 | 9.96 | S.U. | |
| 5 | Jan-20 | 205 | TSS | Max | 3878 | 23233.1 | lbs/day | 499 |
| 6 | Jan-20 | 205 | TSS | Monthly | 1197 | 8322.3 | lbs/day | 595 |
| 7 | Feb-20 | 205 | TSS | Max | 3878 | 25233.9 | lbs/day | 551 |
| 8 | Feb-20 | 205 | TSS | Monthly | 1197 | 6703.5 | lbs/day | 460 |
| 9 | Mar-20 | 002 | pH | Min | 6 | 5.73 | S.U. | |
| 10 | Mar-20 | 205 | TSS | Max | 3878 | 12074.9 | lbs/day | 211 |
| 11 | Mar-20 | 205 | TSS | Monthly | 1197 | 3642.8 | lbs/day | 204 |
| 12 | Apr-20 | 002 | pH | Min | 6 | 5.40 | S.U. | |
| 13 | Apr-20 | 205 | TSS | Max | 3878 | 31543.2 | lbs/day | 713 |
| 14 | Apr-20 | 205 | TSS | Monthly | 1197 | 15414.4 | lbs/day | 1188 |
| 15 | May-20 | 002 | pH | Min | 6 | 2.80 | S.U. | |
| 16 | May-20 | 205 | TSS | Max | 3878 | 23267.6 | lbs/day | 500 |
| 17 | May-20 | 205 | TSS | Monthly | 1197 | 7304.8 | lbs/day | 510 |
| 18 | Jun-20 | 002 | pH | Min | 6 | 3.90 | S.U. | |
| 19 | Aug-20 | 002 | pH | Max | 9 | 9.52 | S.U. | |
| 20 | Sep-20 | 002 | pH | Max | 9 | 11.22 | S.U. | |
| 21 | Oct-20 | 002 | pH | Min | 6 | 4.87 | S.U. | |
| 22 | Oct-20 | 002 | pH | Max | 9 | 11.75 | S.U. | |
| 23 | Oct-20 | 002 | HFPO-DA | Max | 32 | 33.0 | ug/L | 3 |
| 24 | Oct-20 | 002 | HFPO-DA | Monthly | 9 | 9.51 | ug/L | 6 |
| 25 | Oct-20 | 005 | PFOA | Max | 2 | 3.3 | ug/L | 65 |
| 26 | Nov-20 | 002 | pH | Min | 6 | 2.97 | S.U. | |
| 27 | Nov-20 | 002 | pH | Max | 9 | 9.83 | S.U. | |
| 28 | Dec-20 | 205 | TSS | Max | 3952 | 8721.05 | lbs/day | 121 |

| 29 | Dec-20 | 205 | TSS | Monthly | 1217 | 1958.2 | lbs/day | 61 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 30 | Jan-21 | 002 | pH | Min | 6 | 5.31 | S.U. | |
| 31 | Jan-21 | 002 | pH | Max | 9 | 10.99 | S.U. | |
| 32 | Jan-21 | 002 | HFPO-DA | Monthly | 9 | 11.26 | ug/L | 25 |
| 33 | Feb-21 | 002 | pH | Min | 6 | 4.11 | S.U. | |
| 34 | Feb-21 | 002 | pH | Max | 9 | 9.70 | S.U. | |
| 35 | Feb-21 | 002 | HFPO-DA | Monthly | 9 | 10.3 | ug/L | 14 |
| 36 | Feb-21 | 205 | TSS | Max | 3952 | 4474.1 | lbs/day | 13 |
| 37 | Feb-21 | 205 | TSS | Monthly | 1217 | 2266.0 | lbs/day | 86 |
| 38 | Mar-21 | 002 | pH | Max | 9 | 10.91 | S.U. | |
| 39 | Apr-21 | 002 | HFPO-DA | Max | 32 | 52 | ug/L | 63 |
| 40 | May-21 | 002 | pH | Min | 6 | 5.83 | S.U. | |
| 41 | Jun-21 | 002 | pH | Max | 9 | 10.82 | S.U. | |
| 42 | Jun-21 | 002 | pH | Min | 6 | 2.85 | S.U. | |
| 43 | Nov-21 | 002 | pH | Min | 6.000 | 2.89 | S.U. | |
| 44 | Nov-21 | 205 | TSS | Max | 3952 | 4257.4 | lbs/day | 8 |
| 45 | Dec-21 | 002 | pH | Max | 9 | 9.35 | S.U. | |
| 46 | Dec-21 | 002 | pH | Min | 6 | 5.36 | S.U. | |
| 47 | Feb-22 | 001 | HFPO-DA | Max | 2 | 3.3 | ug/L | 65 |
| 48 | Feb-22 | 001 | HFPO-DA | Monthly | 1.4 | 3.3 | ug/L | 136 |
| 49 | Feb-22 | 002 | pH | Min | 6 | 2.67 | S.U. | |
| 50 | Feb-22 | 002 | HFPO-DA | Max | 2.3 | 5.5 | ug/L | 139 |
| 51 | Feb-22 | 002 | HFPO-DA | Monthly | 1.4 | 1.55 | ug/L | 11 |
| 52 | Feb-22 | 006 | HFPO-DA | Max | 0.204 | 1.8 | ug/L | 782 |
| 53 | Feb-22 | 006 | HFPO-DA | Monthly | 0.140 | 1.8 | ug/L | 1186 |
| 54 | Mar-22 | 002 | TSS | Max | 2210 | 6326.2 | lbs/day | 186 |
| 55 | Mar-22 | 002 | TSS | Monthly | 681 | 1280 | lbs/day | 88 |
| 56 | Mar-22 | 002 | HFPO-DA | Max | 2.3 | 7.9 | ug/L | 243 |
| 57 | Mar-22 | 002 | HFPO-DA | Monthly | 1.4 | 2.26 | ug/L | 61 |
| 58 | Mar-22 | 006 | HFPO-DA | Max | 0.204 | 1 | ug/L | 390 |

| 59 | Mar-22 | 006 | HFPO-DA | Monthly | 0.14 | 1 | ug/L | 614 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 60 | Mar-22 | 205 | TSS | Max | 3952 | 9229.3 | lbs/day | 134 |
| 61 | Apr-22 | 002 | HFPO-DA | Max | 2.3 | 4.1 | ug/L | 78 |
| 62 | Apr-22 | 006 | HFPO-DA | Max | 0.204 | 2.9 | ug/L | 1322 |
| 63 | Apr-22 | 006 | HFPO-DA | Monthly | 0.14 | 2.9 | ug/L | 1971 |
| 64 | May-22 | 001 | HFPO-DA | Max | 2 | 7.1 | ug/L | 255 |
| 65 | May-22 | 002 | pH | Min | 6 | 4.32 | S.U. | |
| 66 | May-22 | 006 | HFPO-DA | Max | 0.204 | 1.7 | ug/L | 733 |
| 67 | May-22 | 006 | HFPO-DA | Monthly | 0.14 | 1.7 | ug/L | 1114 |
| 68 | May-22 | 205 | TSS | Max | 3952 | 6152.4 | lbs/day | 56 |
| 69 | Jun-22 | 002 | HFPO-DA | Max | 2.3 | 4.5 | ug/L | 96 |
| 70 | Jun-22 | 002 | pH | Min | 6.0 | 4.22 | S.U. | |
| 71 | Jun-22 | 006 | HFPO-DA | Max | 0.204 | 1.6 | ug/L | 684 |
| 72 | Jun-22 | 006 | HFPO-DA | Monthly | 0.14 | 1.6 | ug/L | 1043 |
| 73 | Jul-22 | 001 | HFPO-DA | Max | 2 | 18 | ug/L | 800 |
| 74 | Jul-22 | 001 | HFPO-DA | Monthly | 1.4 | 10.25 | ug/L | 632 |
| 75 | Jul-22 | 002 | HFPO-DA | Max | 2.3 | 28 | ug/L | 1117 |
| 76 | Jul-22 | 002 | HFPO-DA | Monthly | 1.4 | 10.6 | ug/L | 657 |
| 77 | Jul-22 | 002 | PFOA | Max | 3.3 | 28 | ug/L | 748 |
| 78 | Jul-22 | 002 | PFOA | Monthly | 2 | 10.6 | ug/L | 430 |
| 79 | Jul-22 | 002 | pH | Max | 9 | 9.12 | S.U. | |
| 80 | Jul-22 | 006 | HFPO-DA | Max | 0.204 | 3 | ug/L | 1371 |
| 81 | Jul-22 | 006 | HFPO-DA | Monthly | 0.140 | 3 | ug/L | 2043 |
| 82 | Aug-22 | 002 | pH | Min | 6 | 4.97 | S.U. | |
| 83 | Aug-22 | 006 | HFPO-DA | Max | 0.204 | 1.3 | ug/L | 537 |
| 84 | Aug-22 | 006 | HFPO-DA | Monthly | 0.14 | 1.3 | ug/L | 829 |
| 85 | Aug-22 | 205 | TSS | Max | 3952 | 6129.8 | lbs/day | 55 |
| 86 | Sep-22 | 002 | HFPO-DA | Max | 2.3 | 74 | ug/L | 3117 |
| 87 | Sep-22 | 002 | HFPO-DA | Monthly | 1.4 | 15.4 | ug/L | 1000 |
| 88 | Sep-22 | 205 | TSS | Max | 3952 | 5641.7 | lbs/day | 43 |

| 89  | Sep-22 | 205 | TSS     | Monthly | 1217  | 1322.5  | lbs/day | 9    |
|-----|--------|-----|---------|---------|-------|---------|---------|------|
| 90  | Sep-22 | 002 | pH      | Max     | 9.0   | 9.18    | S.U.    |      |
| 91  | Sep-22 | 002 | pH      | Min     | 6     | 5.03    | S.U.    |      |
| 92  | Oct-22 | 001 | HFPO-DA | Max     | 2     | 2.8     | ug/L    | 40   |
| 93  | Oct-22 | 001 | HFPO-DA | Avg     | 1.4   | 1.63    | ug/L    | 16   |
| 94  | Oct-22 | 002 | PFOA    | Max     | 3.3   | 11.5    | ug/L    | 248  |
| 95  | Oct-22 | 002 | PFOA    | Avg     | 2     | 3.1     | ug/L    | 55   |
| 96  | Oct-22 | 205 | TSS     | Max     | 3952  | 6453.5  | lbs/day | 63   |
| 97  | Oct-22 | 205 | TSS     | Avg     | 1217  | 2244    | lbs/day | 84   |
| 98  | Nov-22 | 005 | HFPO-DA | Max     | 2.3   | 2.48    | ug/L    | 8    |
| 99  | Nov-22 | 205 | TSS     | Max     | 3952  | 5851.2  | lbs/day | 48   |
| 100 | Nov-22 | 205 | TSS     | Avg     | 1217  | 1769.94 | lbs/day | 45   |
| 101 | Dec-22 | 001 | HFPO-DA | Max     | 2     | 13      | ug/L    | 550  |
| 102 | Dec-22 | 001 | HFPO-DA | Avg     | 1.4   | 13      | ug/L    | 829  |
| 103 | Dec-22 | 006 | HFPO-DA | Max     | 0.204 | 2.17    | ug/L    | 964  |
| 104 | Dec-22 | 006 | HFPO-DA | Avg     | 0.14  | 2.17    | ug/L    | 1450 |
| 105 | Jan-23 | 001 | HFPO-DA | Max     | 2     | 5.94    | ug/L    | 197  |
| 106 | Jan-23 | 001 | HFPO-DA | Avg     | 1.4   | 5.94    | ug/L    | 324  |
| 107 | Jan-23 | 002 | HFPO-DA | Max     | 2.3   | 3.94    | ug/L    | 71   |
| 108 | Jan-23 | 002 | HFPO-DA | Avg     | 1.4   | 2.92    | ug/L    | 109  |
| 109 | Jan-23 | 002 | pH      | Min     | 6     | 2.71    | S.U.    |      |
| 110 | Jan-23 | 006 | HFPO-DA | Max     | 0.204 | 1.28    | ug/L    | 527  |
| 111 | Jan-23 | 006 | HFPO-DA | Avg     | 0.14  | 1.28    | ug/L    | 814  |
| 112 | Feb-23 | 001 | HFPO-DA | Max     | 2     | 10.4    | ug/L    | 420  |
| 113 | Feb-23 | 001 | HFPO-DA | Avg     | 1.4   | 10.4    | ug/L    | 643  |
| 114 | Feb-23 | 002 | pH      | Max     | 9     | 10.10   | S.U.    |      |
| 115 | Feb-23 | 002 | pH      | Min     | 6     | 5.26    | S.U.    |      |
| 116 | Feb-23 | 006 | HFPO-DA | Max     | 0.204 | 1.81    | ug/L    | 787  |
| 117 | Feb-23 | 006 | HFPO-DA | Avg     | 0.14  | 1.81    | ug/L    | 1193 |
| 118 | Mar-23 | 001 | HFPO-DA | Max     | 2     | 6.35    | ug/L    | 218  |

| 119 | Mar-23 | 001 | HFPO-DA | Avg | 1.4 | 6.35 | ug/L | 354 |
|---|---|---|---|---|---|---|---|---|
| 120 | Mar-23 | 002 | pH | Min | 6 | 3.13 | S.U. | |
| 121 | Mar-23 | 205 | TSS | Max | 3952 | 15238.3 | lbs/day | 286 |
| 122 | Mar-23 | 205 | TSS | Avg | 1217 | 2226.11 | lbs/day | 83 |
| 123 | Apr-23 | 006 | HFPO-DA | Max | 0.204 | 1.69 | ug/L | 728 |
| 124 | Apr-23 | 006 | HFPO-DA | Avg | 0.14 | 1.69 | ug/L | 1107 |
| 125 | May-23 | 001 | HFPO-DA | Max | 2 | 11.70 | ug/L | 485 |
| 126 | May-23 | 001 | HFPO-DA | Avg | 1.4 | 11.70 | ug/L | 736 |
| 127 | May-23 | 002 | HFPO-DA | Max | 2.3 | 2.990 | ug/L | 30 |
| 128 | May-23 | 002 | pH | Max | 9 | 9.07 | S.U. | |
| 129 | May-23 | 002 | pH | Min | 6 | 4.58 | S.U. | |
| 130 | May-23 | 005 | PFOA | Max | 0.7 | 0.73 | ug/L | 4 |
| 131 | May-23 | 006 | HFPO-DA | Max | 0.204 | 2.82 | ug/L | 1282 |
| 132 | May-23 | 006 | HFPO-DA | Avg | 0.14 | 2.82 | ug/L | 1914 |
| 133 | Jun-23 | 002 | pH | Min | 6 | 5.10 | S.U. | |
| 134 | Jun-23 | 006 | HFPO-DA | Max | 0.204 | 3.71 | ug/L | 1719 |
| 135 | Jun-23 | 006 | HFPO-DA | Avg | 0.14 | 3.71 | ug/L | 2550 |
| 136 | Jun-23 | 205 | TSS | Max | 3952 | 3975.4 | lbs/day | 1 |
| 137 | Jul-23 | 006 | HFPO-DA | Max | 0.204 | 1.23 | ug/L | 503 |
| 138 | Jul-23 | 006 | HFPO-DA | Avg | 0.14 | 1.23 | ug/L | 779 |
| 139 | Aug-23 | 002 | HFPO-DA | Max | 2.3 | 9.08 | ug/L | 295 |
| 140 | Aug-23 | 002 | HFPO-DA | Avg | 1.4 | 3.6 | ug/L | 157 |
| 141 | Aug-23 | 002 | pH | Min | 6 | 3.26 | S.U. | |
| 142 | Sep-23 | 001 | HFPO-DA | Max | 2 | 3.16 | ug/L | 58 |
| 143 | Sep-23 | 001 | HFPO-DA | Avg | 1.4 | 3.16 | ug/L | 126 |
| 144 | Sep-23 | 002 | HFPO-DA | Max | 2.3 | 13.6 | ug/L | 491 |
| 145 | Sep-23 | 002 | HFPO-DA | Avg | 1.4 | 5.01 | ug/L | 258 |
| 146 | Sep-23 | 002 | pH | Max | 9 | 9.61 | S.U. | |
| 147 | Sep-23 | 002 | pH | Min | 6 | 2.96 | S.U. | |
| 148 | Sep-23 | 005 | PFOA | Avg | 0.3 | 0.44 | ug/L | 47 |

| 149 | Sep-23 | 005 | HFPO-DA | Max | 2.3 | 2.44 | ug/L | 6 |
|---|---|---|---|---|---|---|---|---|
| 150 | Sep-23 | 005 | HFPO-DA | Monthly | 1.1 | 1.6 | ug/L | 45 |
| 151 | Sep-23 | 205 | TSS | Max | 3952 | 5092.8 | lbs/day | 29 |
| 152 | Sep-23 | 205 | TSS | Avg | 1217 | 1273.19 | lbs/day | 5 |
| 153 | Oct-23 | 002 | pH | Max | 9 | 11.22 | S.U. | |
| 154 | Oct-23 | 002 | pH | Min | 6 | 2.78 | S.U. | |
| 155 | Nov-23 | 002 | HFPO-DA | Max | 2.3 | 3.36 | ug/L | 46 |
| 156 | Nov-23 | 002 | pH | Max | 9 | 11.42 | S.U. | |
| 157 | Nov-23 | 002 | pH | Min | 6 | 5.93 | S.U. | |
| 158 | Dec-23 | 006 | HFPO-DA | Max | 0.204 | 1.09 | ug/L | 434 |
| 159 | Dec-23 | 006 | HFPO-DA | Avg | 0.14 | 1.09 | ug/L | 679 |
| 160 | Jan-24 | 002 | HFPO-DA | Max | 2.3 | 5.09 | ug/L | 121 |
| 161 | Jan-24 | 002 | HFPO-DA | Avg | 1.4 | 1.61 | ug/L | 15 |
| 162 | Jan-24 | 002 | pH | Max | 9 | 11.26 | S.U. | |
| 163 | Jan-24 | 002 | pH | Min | 6 | 2.92 | S.U. | |
| 164 | Jan-24 | 006 | HFPO-DA | Max | 0.204 | 1.22 | ug/L | 498 |
| 165 | Jan-24 | 006 | HFPO-DA | Avg | 0.14 | 1.22 | ug/L | 771 |
| 166 | Feb-24 | 002 | pH | Max | 9 | 9.49 | S.U. | |
| 167 | Feb-24 | 001 | HFPO-DA | Max | 2 | 2.35 | ug/L | 18 |
| 168 | Feb-24 | 006 | HFPO-DA | Max | 0.204 | 1.69 | ug/L | 728 |
| 169 | Feb-24 | 006 | HFPO-DA | Avg | 0.14 | 1.69 | ug/L | 1107 |
| 170 | Mar-24 | 001 | HFPO-DA | Max | 2 | 8.28 | ug/L | 314 |
| 171 | Mar-24 | 001 | HFPO-DA | Avg | 1.4 | 8.28 | ug/L | 491 |
| 172 | Mar-24 | 002 | pH | Min | 6 | 3.37 | S.U. | |
| 173 | Mar-24 | 005 | PFOA | Avg | 0.3 | 0.37 | ug/L | 23 |
| 174 | Mar-24 | 006 | HFPO-DA | Max | 0.204 | 2.56 | ug/L | 1155 |
| 175 | Mar-24 | 006 | HFPO-DA | Avg | 0.14 | 2.56 | ug/L | 1729 |
| 176 | Mar-24 | 205 | TSS | Max | 3952 | 9234.7 | lbs/day | 134 |
| 177 | Mar-24 | 205 | TSS | Avg | 1217 | 3058.1 | lbs/day | 151 |
| 178 | May-24 | 001 | HFPO-DA | Avg | 1.4 | 1.72 | ug/L | 23 |

| 179 | May-24 | 002 | HFPO-DA | Avg | 1.4 | 2.63 | ug/L | 88 |
|---|---|---|---|---|---|---|---|---|
| 180 | May-24 | 006 | HFPO-DA | Max | 0.204 | 1.27 | ug/L | 523 |
| 181 | May-24 | 006 | HFPO-DA | Avg | 0.14 | 1.27 | ug/L | 807 |
| 182 | Jun-24 | 001 | HFPO-DA | Avg | 1.4 | 1.99 | ug/L | 42 |
| 183 | Jun-24 | 002 | pH | Max | 9 | 10.68 | S.U. | |
| 184 | Jun-24 | 002 | HFPO-DA | Max | 2.3 | 4.60 | ug/L | 100 |
| 185 | Jun-24 | 002 | HFPO-DA | Avg | 1.4 | 1.47 | ug/L | 5 |
| 186 | Jul-24 | 002 | pH | Max | 9 | 9.62 | S.U. | |
| 187 | Jul-24 | 002 | pH | Min | 6 | 2.96 | S.U. | |
| 188 | Jul-24 | 002 | HFPO-DA | Max | 2.3 | 2.88 | ug/L | 25 |
| 189 | Jul-24 | 002 | HFPO-DA | Avg | 1.4 | 1.47 | ug/L | 5 |
| 190 | Jul-24 | 005 | HFPO-DA | Max | 2.3 | 2.56 | ug/L | 11 |
| 191 | Jul-24 | 005 | HFPO-DA | Monthly | 1.1 | 1.36 | ug/L | 24 |
| 192 | Aug-24 | 002 | HFPO-DA | Max | 2.3 | 7.86 | ug/L | 242 |
| 193 | Aug-24 | 002 | HFPO-DA | Avg | 1.4 | 1.79 | ug/L | 28 |
| 194 | Aug-24 | 005 | HFPO-DA | Max | 2.3 | 6.98 | ug/L | 203 |
| 195 | Aug-24 | 005 | HFPO-DA | Monthly | 1.1 | 2.09 | ug/L | 90 |
| 196 | Sep-24 | 005 | HFPO-DA | Monthly | 1.1 | 1.52 | ug/L | 38 |
| 197 | Oct-24 | 002 | pH | Min | 6 | 4.22 | S.U. | |
| 198 | Oct-24 | 005 | HPFO-DA | Max | 2.3 | 4.11 | ug/L | 79 |
| 199 | Oct-24 | 005 | HPFO-DA | Monthly | 1.1 | 1.43 | ug/L | 30 |