IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**WEST VIRGINIA RIVERS COALITION, INC.,**

**Plaintiff,**

v.                                                                    Civil Action No. 2:24-cv-00701

**THE CHEMOURS COMPANY FC, LLC,**

**Defendant.**

**STIPULATED EXTENSION OF TIME TO ANSWER COMPLAINT**

Pursuant to Local Rule 12.1, the parties in this case stipulate to an extension, until March 3, 2025, for defendant to file its answer to the complaint filed by plaintiff in this action.

        **WEST VIRGINIA RIVERS COALITION, INC.**
         **By Appalachian Mountain Advocates, Inc.**

        */s/   Amanda Demmerle*
        Amanda Demmerle (WV State Bar No. 13930)
        Appalachian Mountain Advocates, Inc.
        P.O. Box 11571
        Charleston, WV  25339
        (757) 650-2774
        ademmerle@appalmad.org

        Derek Teaney (WV State Bar No. 10223)
        Appalachian Mountain Advocates, Inc.
        P.O. Box 505
        Lewisburg, WV  24901
        (304) 646-1182
        dteaney@appalmad.org

**THE CHEMOURS COMPANY FC, LLC**
**By Spilman Thomas & Battle, PLLC**

*/s/ James A. Walls*
James A. Walls (WV State Bar No. 5175)
SPILMAN THOMAS & BATTLE, PLLC
48 Donley Street, Suite 800
Morgantown, WV 26501
(304) 291-7920
jwalls@spilmanlaw.com

David L. Yaussy (WV State Bar No. 4156)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Boulevard, East
Charleston, WV 25301
(304) 340-3800
dyaussy@spilmanlaw.com

216102241