# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

WEST VIRGINIA RIVERS
COALITION, INC.,

       Plaintiff,

v.                                Civil Action No. <u>2:24-cv-00701</u>

CHEMOURS COMPANY FC, LLC,

       Defendant.

## DECLARATION OF JEFF SWERTFEGER

1.     I, Jeff Swertfeger, make the following declarations based on my personal knowledge of the facts contained herein.

2.     I am employed by the City of Cincinnati, as Treatment Superintendent for the Greater Cincinnati Water Works (GCWW) drinking water utility, responsible for ensuring water quality for the 1.1 million GCWW customers in the greater Cincinnati region, including Hamilton, Butler, Warren, and Clermont County in Ohio, and Boone County, Kentucky.

3.     Almost 90% of the water supplied by GCWW comes from the Richard Miller Treatment Plant (RMTP) which takes its source water from the Ohio River.

4.     Treatment at the RMTP consists of conventional treatment with sedimentation, sand filtration, and granular activated carbon (GAC).

5.     GCWW routinely monitors for a wide range of organic chemicals in the Ohio River at the RMTP intake and has been monitoring for

hexafluoropropylene oxide - dimer acid (HFPO-DA, also known as GenX), since 2017.

6.    Until recently, most samples of source water from the Ohio River RMTP intake had GenX concentrations below the detection limit with a few low-level detections (see attached Figure 1).

7.    However, since July 2024, GenX has been detected in every Ohio River RMTP intake sample with concentrations as high as 17 ng/L, which is well above the Maximum Contaminant Limit (MCL) for drinking water of 10 ng/L established by USEPA in April 2024.

8.    As part of its source water protection program, GCWW regularly reviews reported discharges of various chemicals into the Ohio River upstream of the RMTP from regulated sources subject to discharge permits.

9.    According to the discharge reports submitted by the Chemours facility in Washington Township, WV (Chemours Washington Works), that facility routinely discharges levels of GenX that are higher than the levels allowed by its permit and, according to Chemours' reports, the  discharge levels have greatly increased since July 2024 (see attached Figure 2).

10.    This increase in GenX concentrations discharged from the Chemours Washington Works corresponds with the time period in which GCWW has detected high levels of GenX in the Ohio River at the RMTP Ohio River intake.

11.    The GAC used at the RMTP is capable of effectively removing longer chain per- and polyfluorinated alkyl substances (PFAS), such as the eight-carbon

compounds perfluorooctane sulfonic acid (PFOS) and perfluorooctanoic acid (PFOA), but GAC is much less effective at removing shorter chain PFAS such as the six-carbon compound GenX.

12.    GCWW is concerned that the current elevated levels of GenX reportedly being discharged by Chemours from its Washington Works Plant in West Virginia may present an increased public health risk to communities in Kentucky and Ohio that utilize the Ohio River as the source of their drinking water.

13.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on the  20   day of February, 2025.


Jeff Swertfeger



Figure 1:  GenX concentrations found in the Ohio River at Cincinnati.



Figure 2:  Chemours Outfall #005 GenX levels retrieved from the US EPA ECHO database in January 2025.