# EXHIBIT 12



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**WEST VIRGINIA RIVERS
COALITION, INC.,**
    Plaintiff,

v.                                                 **Civil Action No. 2:24-cv-00701**

**CHEMOURS COMPANY** FC, **LLC,**
    **Defendant.**

### DECLARATION OF Peter Goodmann

1. I, Peter Goodmann, make the following declarations based on my personal knowledge of the facts contained herein.

2. I am employed by the Louisville Water Company, a drinking water utility, as the Director of Water Quality and Research. As Director of Water Quality and Research I am responsible for ensuring water quality for the approximately 1 million customers, including our wholesale customers, in Jefferson, Shelby, Spencer, Bullitt, Hardin, and Nelson counties in Kentucky.

3. Approximately 70% of the water supplied by Louisville Water is treated at the Crescent Hill Filter Plant (CHFP) which takes its source water from the Ohio River.

4. Treatment at the CHFP consists of conventional treatment with coagulation/flocculation/sedimentation, disinfection with sodium hypochlorite and ammonia, pH adjustment via lime softening, and rapid sand/anthracite filtration. Louisville Water has limited ability to conduct enhanced treatment using powdered activated carbon (PAC) in its raw water reservoir and in the coagulation/sedimentation basins.

5. Louisville Water routinely monitors a wide range of organic chemicals in the Ohio River at the CHFP intake and has been monitoring at least monthly for PFAS, including hexafluoropropylene oxide - dimer acid (HFPO-DA, also known as GenX), since 2019.

6. Louisville Water has observed background concentrations of PFAS, including but not limited to PFOA, PFOS and HFPO-DA (GenX), and that these background concentrations appears to be trending downward over that timeframe. GenX concentrations were generally below the detection limit with a few low-level detections.



7. Recent monitoring results from the Ohio River in the fourth quarter of 2024 at the Louisville Water intake indicated significant increases in the concentration of HFPO-DA (GenX) in the Ohio River at Louisville.



8. Louisville Water correlates the concentration of reported discharge data for the Chemours facility in Washington Township, WV (Chemours Washington Works) with the concentration range experienced downriver at Louisville Water's intake on the Ohio River. These monitoring results correspond to increases in reported outfall monitoring results at the Chemours Washington Works. These conclusions rely on Chemours compliance data retrieved from the US EPA ECHO database in January 2025.





9. A proportional HFPO-DA mass dilution model/calculation developed by Louisville Water correlates the concentration of reported Chemours discharge data with the concentration range experienced down river at Louisville Water's intake.



10. According to discharge reports submitted by Chemours pursuant to their NPDES permit, the Chemours Washington Works appears to routinely discharges higher levels of GenX than allowed by its permit and the reported discharge levels have significantly increased since July 2024.

11. The PAC used at the CHFP is capable of effectively removing longer chain per- and polyfluorinated alkyl substances (PFAS), such as the eight-carbon compounds polyfluorooctane sulfonic acid (PFOS) and polyfluorooctanoic acid (PFOA), but PAC is less effective at removing shorter chain PFAS such as the six-carbon compound GenX.

12. Louisville Water is concerned that the current elevated levels of GenX reportedly being discharged from the Chemours facility in Washington Twp., West Virginia will impact the operation of downstream drinking water utilities, including Louisville Water, and their ability to implement advanced treatment, and may results in additional challenges in complying with Safe Drinking Water Act rules, regardless of the use of advanced treatment, thus presenting an adverse health risk to the communities that use the Ohio River as their source of drinking water.

I certify that the information provided above is true and complete to the best of my knowledge.

Executed on the 20th day of February 2025.

*Peter Goodmann*
―――――――――――
Peter Goodmann

