IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

WEST VIRGINIA RIVERS COALITION, INC.,

    Plaintiff,

v.                          CIVIL ACTION NO.   2:24-cv-00701

THE CHEMOURS COMPANY FC, LLC,

    Defendant.

**ORDER**

Pending before the court is Defendant's Motion for a Short Extension of Time to Respond to Plaintiff's Motion for a Preliminary Injunction. [ECF No. 9]. Plaintiff responded in opposition. [ECF No. 10].

Federal Rule of Civil Procedure 6(b)(1) provides, "When an act may or must be done within a specified time, the court may, for *good cause*, extend the time." A "response to motions shall be filed and served on opposing counsel . . . within 14 days from the date of service of the motion." L.R. Civ. P. 7.1(a)(7).

The Defendant's conclusory statement that the case is "complicated" is not a showing of good cause. Accordingly, the Defendant's Motion [ECF No. 9] is **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:      February 28, 2025

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE