# PLAINTIFF'S REPLY EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

WEST VIRGINIA RIVERS
COALITION, INC.,

      Plaintiff,

v.                                                    Civil Action No. 2:24-cv-00701

THE CHEMOURS COMPANY FC, LLC,

      Defendant.

### DECLARATION OF JENNIFER SCHLEZINGER, PH.D.

I, Jennifer Schlezinger, do hereby certify, swear or affirm, based on my personal knowledge unless otherwise stated, that the following statements are true and correct to the best of my knowledge:

1. I am a resident of East Falmouth, Massachusetts.

2. I am over the age of 18, and I am competent to make this Declaration.

3. I make this Declaration in support of the West Virginia Rivers Coalition's Reply in Support of its Motion for a Preliminary Injunction.

4. I am a Professor of Environmental Health at Boston University School of Public Health with more than 25 years of experience as a research scientist in public health.

5. I have a BA in Biology from Boston College. I have a PhD in Biological Oceanography from the Massachusetts Institute of Technology and Woods Hole Oceanographic Institution Joint Program. I was trained in toxicology while in my doctoral program and completed a research dissertation on the toxicology of polychlorinated biphenyls.

6. My research has focused on the molecular toxicology of contaminants found in the indoor and outdoor environment. I have published more than 70 manuscripts in this field.

7. I am an internationally recognized expert in the toxicology of per- and polyfluoroalkyl substances ("PFAS"), as evidenced by publication of my studies in international journals and invitations to present my research at the annual meetings of the Society of Toxicology (an international professional society). I study how PFAS, including hexafluoropropylene oxide dimer acid ("HFPO-DA"), cause adverse health effects. I also develop and use models that are designed to maximize the generation of human-relevant data on PFAS toxicity.

8. I have significant experience in assessing the human relevance of toxicological data as evidenced by my participation in the International Agency for Research on Cancer's reassessment of the human carcinogenicity of perfluorooctanoic acid and perfluorooctane sulfonic acid and recent publication on the cardiovascular disease risk factors associated with PFAS exposure.

9. My curriculum vitae, a copy of which is attached, outlines my professional experience, including education, training and research experience along with my publications, which positions me to assess the merit of the toxicological questions raised in this case.

10. In connection with this matter, I have reviewed the following:

- Defendant's March 11, 2025 Response in Opposition to Plaintiff's Motion for a Preliminary Injunction. Civil Action No. 2:24-cv-00701 (ECF No. 17).

- The March 11, 2025 Declaration of Catherine Boston in Support of Chemours' Response in Opposition to Plaintiff's Motion for a Preliminary Injunction (and the Exhibits thereto) (ECF No. 17-7).

2

- Human Health Toxicity Values for Hexafluoropropylene Oxide (HFPO) Dimer Acid and Its Ammonium Salt (CASRN 13252-13-6 and CASRN 62037-80-3). EPA Document Number: 822R-21-010, dated October 2021.

- Drinking Water Health Advisory: Hexafluoropropylene Oxide (HFPO) Dimer Acid (CASRN 13252-13-6) and HFPO Dimer Acid Ammonium Salt (CASRN 62037-80-3), Also Known as "GenX Chemicals." EPA Document Number: EPA/822/R-22/005, dated June 2022.

- PFAS National Primary Drinking Water Regulation, 89 FR 32532-01

- Analytic Search Results | SDWARS. Available at https://lubeckpsd.com/Portals/LubeckPSD/UCMR5_Results.pdf

- All of the scientific literature cited elsewhere in this declaration and in the References.

11. Based on my review of this information and the scientific literature, and my education, knowledge, research and experience, it is my professional opinion that the contamination of the Lubeck Public Service District's drinking water with HFPO-DA related to The Chemours Company FC, LLC ("Chemours") discharges of wastewater from the Washington Works Plan in Washington, West Virginia, to the Ohio Rivers increases risk of adverse human health effects.

12. I base my professional opinion on the following:

13. Ms. Boston categorically states (in paragraphs 12 and 29 excerpted below) that there is no potential for adverse human health effects resulting from the contamination of the Lubeck Public Service District's drinking water supply with HFPO-DA released from the Washington Works Plant in Washington, West Virginia.

¶ 12. "[T]here are no potential adverse human health effects resulting from alleged contamination of hexafluoropropylene oxide dimer acid (HFPO-DA) in the Lubeck Public Service District's drinking water related to the Chemours Company, LLC ("Chemours") discharges of wastewater from the Washington Works Plant in Washington, West Virginia to the Ohio River."

¶ 29. "Thus, there is no scientific support for claims of potential adverse human health effects resulting from alleged contamination of HFPO-DA in the Lubeck Public Service District's drinking water related to Chemours's discharges of wastewater from the facility."

These statements are wrong and unsupported by the science.

14. First, there is ample scientific evidence that HFPO-DA is toxic and growing evidence that it is more toxic than perfluorooctanoic acid ("PFOA"), the chemical that also has contaminated the Lubeck Public Service District's drinking water from releases from the Washington Works Plant in Washington, West Virginia. The EPA identified 75 studies from which it was concluded that HFPO-DA induces adverse effects in the liver, hematological system, and immune system and is a developmental toxicant.[1] Since March 2020, an additional 17 studies on the *in vivo* toxicity of HFPO-DA have been published (identified by searching Pubmed: hfpo-da AND 2020/03/01:2025/3/15[dp] AND toxic*). Here I highlight important new findings. Studies continue to support that disruption of liver function is a sensitive endpoint of HFPO-DA toxicity in rodent models.[2–9] Studies in human liver cell models show that HFPO-DA causes changes in the genes that are expressed,[10,11] which corroborate the findings in rodent studies. Additionally, studies show that toxic changes in cells and organs may be more readily

initiated by HFPO-DA than by PFOA or perfluorooctane sulfonic acid (the PFAS currently considered to be the most toxic).[2,12]

15. Chemours (in ¶ 8 of their response) noted that "Crucially, HFPO-DA levels in Plaintiff's member's water supply are under EPA's Maximum Contaminant Level." In line with this, Ms. Boston stated (at ¶ 26), "Although there are some individual sampling results in the Lubeck public drinking water system that are elevated above 10 ng/L, compliance with the MCL value of 10 ng/L is dependent on a long-term annual average, and short-term spikes in effluent values are compensated for by the vast majority of the sampling results below 10 ng/L, or ND for HFPO-DA. This includes the period in April 2024, where any short-term elevation in HFPO-DA levels would not have been of a sufficient duration or magnitude to result in a risk to human health."

The statement that "any short-term elevation in HFPO-DA levels would not have been of a sufficient duration or magnitude to result in a risk to human health" is wrong and unsupported by the science.

16. Although the HFPO-DA concentrations may be compliant with the annual averaging requirements of EPA's maximum contaminant level ("MCL"), that is not determinative of the question of the existence of risk. Note that when Ms. Boston calculated the average HFPO-DA concentrations to analyze if they were below the MCL, she did so by averaging all the values in a given year, rather than using the quarterly value average approach used by the EPA to determine compliance with the regulation.[13]

17. Using the monthly monitoring data from samples taken after the "lag" bed and provided in Table 18 of Attachment B to Ms. Boston's declaration, reflected in paragraph 20 of

that declaration, I generated the following plot demonstrating the significant and sustained contamination events that occurred over 2023-2024.



The maximum contaminant level is a drinking water concentration designed as a maximum safe concentration level based on a reference dose (the maximum amount of a toxicant that can be consumed <u>daily</u> over a lifetime without an increase in risk of adverse health effect). Stated otherwise, a person needs to drink water with less than 10 ppt of HFPO-DA every day for a lifetime for there to be no increase in risk of adverse health effect. It is clear from the data that this reference dose-derived safe level has been exceeded multiple times and over long periods. It is a false equivalent to say that no harm has occurred because the yearly average exposure remained below the MCL. For instance, a 14-week exposure to a low level of HFPO-DA in drinking water in a rodent study showed that the development and function of the placenta was disrupted.[14] Furthermore, HFPO-DA was found to accumulate over time in amniotic fluid and in

fetuses over time;[15] and the developing human fetus is at its greatest susceptibility to toxic effects in a 5 week period of time between 3-8 weeks of gestation.[16] Thus, extended periods of exposure are not required for HFPO-DA to increase the risk for adverse human health effects.

18. Ms. Boston states (¶ 28), "[T]he MCL was derived using incredibly conservative assumptions to ensure protection of public health."

This statement is also wrong and unsupported by the science.

19. The procedure followed by the EPA in defining the reference dose for HFPO-DA, which is the basis for the MCL, was standard practice.[1,17] Adverse endpoints in the liver were chosen for the dose response assessment that defined the point of departure. Liver effects are observed in both female and male rodents at multiple durations of exposures and doses. For HFPO-DA, the benchmark dose was used, which addresses the major shortcoming of the reference dose approach. Further, the point of departure calculation took into account the human equivalent dose. Four standard uncertainty factors were applied: 10 for interhuman variability, 3 for interspecies variability, 10 for extrapolation from a sub-chronic to chronic exposure duration, and 10 to account for database deficiencies. An uncertainty factor for database deficiencies was applied because the EPA could not rule out the possibility that developmental/placental endpoints could be more sensitive to toxic effects of HFPO-DA than liver. Developmental deficits and placenta lesions have been observed following HFPO-DA exposure, but 2-year developmental/reproductive studies have yet to be conducted and endpoints likely shared with PFOA (e.g., incomplete bone formation) have yet to be analyzed. The dose response analysis and application of uncertainty factors used the most recent data and followed standard procedures, and as such, is completely reasonable and not "incredibly

conservative." Indeed, Baird et al (1996) found that application of a total uncertainty value of 3000, with the application of 4 uncertainty factors, provides approximately 99% confidence of adequate—not excess—conservatism.[18]

20. Ms. Boston's opinion that there is no potential for adverse human health effects resulting from exposure to HFPO-DA over the MCL at the Lubeck Public Service District's drinking water supply is also wrong because it ignores that the community served by the Lubeck Public Service District's drinking water has already been excessively exposed to PFOA. Below is a plot of the serum concentration of perfluorooctanoic acid in the general US population (as determined in the National Health and Nutrition Examination survey)[19] and in Lubek residents[20] following the contamination of the water supply by the Washington Works Plant, in Washington, WV. The people of Lubeck had PFOA levels in their blood that were 17x higher than the average level in the American population.



In the absence of further contamination of the water supply with PFOA, it could be expected that the PFOA body burden of people living in Lubeck would have eventually decreased. However, data show that exposure to PFOA continues in this community (see

8

¶ 23 of Ms. Boston's response). The Lubeck Public Service District reports that concentrations of PFOA in domestic water it supplied to its customers reached at least 179.5 ppt during a valve failure of a treatment system.[21] Thus, the people of Lubeck are carrying a higher-than-average body burden of a toxic PFAS. This is relevant for three reasons:

- Exposures to mixtures of PFAS can cause combined toxic effects.

- The RfD for HFPO-DA was not determined within a model or population with an existing PFOA exposure.

- The United States National Academies of Science, Engineering and Medicine recognized the need to consider multiple PFAS exposures when developing guidance for clinicians.

21. *Exposure to mixtures of PFAS causes combined effects.* In a cell model system, activation of human PPARα was shown to be activated by a mixture of PFAS in an additive/combined manner.[22] Further, human liver spheroids exposed to PFAS mixtures were shown to change the expression of genes in an additive/combined manner.[23] Gray and Conley (2021) also indicated that interactions of PFAS (including PFOA and HFPO-DA) produce combined toxicity that is greater than the toxicity of each individual PFAS.[24]

22. *The RfD for HFPO-DA was not determined with a model or population with an existing PFOA exposure.* As described above (¶ 18), the reference dose was determined from a study carried out by Dupont in which neither PFOA nor HFPO-DA levels in blood of the rodents was reported. The potential for co-exposure to PFOA to impact the assessment of a safe dose of HFPO-DA has not been applied. The EPA does consider noncancer health

risks from PFAS mixtures and uses the health index approach for estimating the risk of exposure to multiple PFAS including combined exposures to PFOA and HFPO-DA.[25]

23. *The United States National Academies of Science, Engineering and Medicine (NASEM) recognized the need to consider multiple PFAS exposures when developing guidance for clinicians.* NASEM recently provided clinical guidance for follow up with patients exposed to the seven PFAS most commonly measured in Americans.[26] The consensus report recommends that individuals with summed serum concentrations of NASEM PFAS ≥ 20 ng/ml should undergo clinical follow-up for thyroid function (age 18 or older); kidney function and cancer (age 45 or older); and ulcerative colitis and testicular cancer (age 15 or older). Individuals with the sum of the same PFAS ≥ 2 ng/ml should be prioritized for screening for dyslipidemia, hypertensive disorders of pregnancy, and breast cancer (at specified intervals). While HFPO-DA was not included in the current clinical guidance, the importance of considering combined exposures to PFAS when considering the risk adverse health effects is clear.

24. Chemours asserts that because the annual average HFPO-DA levels were below the USEPA MCL in the Lubeck Public Service District's drinking water, that there is no scientific support for claims of potential adverse human health effects resulting from alleged contamination of HFPO-DA in the Lubeck Public Service District's drinking water related to Chemours's discharges of wastewater from the facility. As outlined above, this is a flawed analysis of the circumstances as it ignores the fact that MCLs are concentrations based on references doses, which define maximum levels of safe daily consumption. In its Final MCL Rule, EPA expressly noted that the "annual average" element of compliance measurement includes a "buffer" that incorporates concepts of "operational certainty" and "operational flexibility" and that "could allow some results to

exceed [the MCL] for single measurements if the overall annual average is below the MCL." 82 Fed. Reg. at 32574. In other words, it appears that the "annual average" component was based in part on policy considerations, rather than scientific ones. Because the HFPO-DA concentrations in the Lubeck Public Service District's drinking water exceed the safe concentration repeatedly, the people of Lubeck are experiencing increased risk of adverse health effects resulting from Chemours discharges of wastewater from the Washington Works Plant in Washington, West Virginia.

All of my opinions in this matter are within a reasonable degree of scientific certainty. I declare under penalty of perjury that the foregoing is true and correct.


Executed on March 18, 2025

Jennifer Schlezinger, PhD

11

Responses in Livers of Mice Exposed to the Short-Chain PFAS Compound HFPO-DA. *Front Toxicol*. 2022;4:937168. doi:10.3389/ftox.2022.937168

8.  Guo H, Sheng N, Guo Y, Wu C, Xie W, Dai J. Exposure to GenX and its novel analogs disrupts fatty acid metabolism in male mice. *Environ Pollut*. 2021;291:118202. doi:10.1016/j.envpol.2021.118202

9.  Attema B, Janssen AWF, Rijkers D, van Schothorst EM, Hooiveld GJEJ, Kersten S. Exposure to low-dose perfluorooctanoic acid promotes hepatic steatosis and disrupts the hepatic transcriptome in mice. *Mol Metab*. 2022;66:101602. doi:10.1016/j.molmet.2022.101602

10. Heintz MM, Klaren WD, East AW, et al. Comparison of transcriptomic profiles between HFPO-DA and prototypical PPARα, PPARγ, and cytotoxic agents in mouse, rat, and pooled human hepatocytes. *Toxicol Sci*. 2024;200(1):165-182. doi:10.1093/toxsci/kfae044

11. Marques E, Pfohl M, Wei W, et al. Replacement per- and polyfluoroalkyl substances (PFAS) are potent modulators of lipogenic and drug metabolizing gene expression signatures in primary human hepatocytes. *Toxicol Appl Pharmacol*. 2022;442:115991. doi:10.1016/j.taap.2022.115991

12. Schlezinger J, Puckett H, Nielsen G, Oliver J, Heiger-Bernays W, Webster T. Perfluorooctanoic acid activates multiple nuclear receptor pathways and skews expression of genes regulating cholesterol homeostasis in liver of humanized PPARα mice fed an American diet. *Toxicol Appl Pharmacol*. 2020;405:115204. https://doi.org/10.1101/926642

13. EPA. Fifth Unregulated Contaminant Monitoring Rule. Published 2025. Accessed March 16, 2025. https://www.epa.gov/dwucmr/fifth-unregulated-contaminant-monitoring-rule

14. Dai Y, He J, He F, et al. Exposure to environmentally relevant levels of GenX affects placental and offspring development in mice. *Environ Pollut*. 2024;363(Pt 2):125294. doi:10.1016/j.envpol.2024.125294

15. Blake BE, Cope HA, Hall SM, et al. Evaluation of Maternal, Embryo, and Placental Effects in CD-1 Mice following Gestational Exposure to Perfluorooctanoic Acid (PFOA) or Hexafluoropropylene Oxide Dimer Acid (HFPO-DA or GenX). *Environ Health Perspect*. 2020;128(2):27006. doi:10.1289/EHP6233

16. Nordeng H, Jirsová E, Spigset O. Safe Prescribing and Drug Use in Pregnancy and Breastfeeding. In: Jose J, Cox A, Paudyal V, eds. *Principles and Practice of Pharmacovigilance and Drug Safety.* Springer, Cham.; 2024.

17. EPA. A REVIEW OF THE REFERENCE DOSE AND REFERENCE CONCENTRATION PROCESSES. Published 2002. Accessed March 16, 2025. www.epa.gov/sites/default/files/2014-12/documents/rfd-final.pdf

18. Baird SJS, Cohen JT, Graham JD, Shlyakhter AI, Evans JS. Noncancer Risk Assessment: A Probabilistic Alternative to Current Practice. *Hum Ecol Risk Assess An Int J*. 1996;2(1):79-102. doi:10.1080/10807039.1996.10387463

19. CDC. National Report on Human Exposure to Environmental Chemicals. Published 2021. https://www.cdc.gov/exposurereport/index.html

20. Steenland K, Tinker S, Frisbee S, Ducatman A, Vaccarino V. Association of perfluorooctanoic acid and perfluorooctane sulfonate with serum lipids among adults living near a chemical plant. *Am J Epidemiol*. 2009;170(10):1268-1278. doi:10.1093/aje/kwp279

21. EPA. Important information about your drinking water. Published 2024. Accessed March

16, 2025. https://lubeckpsd.com/

22.   Nielsen G, Heiger-Bernays WJ, Schlezinger JJ, Webster TF. Predicting the effects of per- and polyfluoroalkyl substance mixtures on peroxisome proliferator-activated receptor alpha activity in vitro. *Toxicology.* 2022;465:153024. doi:10.1016/j.tox.2021.153024

23.   Addicks GC, Rowan-Carroll A, Reardon AJF, et al. Per- and polyfluoroalkyl substances (PFAS) in mixtures show additive effects on transcriptomic points of departure in human liver spheroids. *Toxicol Sci.* 2023;194(1):38-52. doi:10.1093/toxsci/kfad044

24.   Gray E, Conley J. Characterization of developmental toxicity and Adverse Outcome Pathways for emerging PFAS - individual compounds and mixtures. In: *SOT Risk Assessment and Mixtures Specialty Sections Joint Webinar Series.* ; 2021. https://cfpub.epa.gov/si/si_public_record_Report.cfm?Lab=CPHEA&dirEntryID=351857

25.   EPA. Drinking Water Health Advisory: Hexafluoropropylene Oxide (HFPO) Dimer Acid (CASRN 13252-13-6) and HFPO Dimer Acid Ammonium Salt (CASRN 62037-80-3), Also Known as "GenX Chemicals." Published 2022. Accessed March 16, 2025. https://www.epa.gov/system/files/documents/2022-06/drinking-water-genx-2022.pdf

26.   NASEM. Guidance on PFAS Testing and Health Outcomes. Published 2021. Accessed April 11, 2024. https://www.nationalacademies.org/our-work/guidance-on-pfas-testing-and-health-outcomes#sectionWebFriendly

**Curriculum Vitae**
**Jennifer J. Schlezinger, Ph.D.**
**2025**

CONTACT INFORMATION:

Email:      jschlezi@bu.edu
Phone:     617-358-1708
Address:   Boston University School of Public Health
           Department of Environmental Health
           715 Albany Street, R408
           Boston, MA 02118

ACADEMIC TRAINING:

1998 Ph.D.     Biological Oceanography, Woods Hole Oceanographic Institution/Massachusetts Institute of Technology Joint Program, Woods Hole, MA

1992 B.S.      Biology, Boston College, Chestnut Hill, MA

POSTDOCTORAL TRAINING:

2000-2003     Postdoctoral Fellow, Department of Environmental Health, Boston University School of Public Health, Boston, MA

1998-2000     Postdoctoral Trainee, Immunology Training Program, Boston University School of Medicine, Boston, MA

AREAS OF SPECIALIZATION:

Molecular toxicology (nuclear receptors; liver, bone and adipose toxicology; organotins; PFAS)

ACADEMIC APPOINTMENTS/FACULTY MEMBERSHIPS:

2024-present     Professor of Environmental Health, Boston University School of Public Health, Boston, MA

2009-present     Faculty Member, Molecular Medicine, Division of Graduate Medical Sciences, Boston University School of Medicine, Boston MA

2010-2024        Associate Professor of Environmental Health, Boston University School of Public Health, Boston, MA

2012-2015        Director of Master of Science Program in Environmental Health, Boston University School of Public Health, Boston, MA

2008-2016        Faculty Member, Immunology Training Program, Boston University School of Medicine, Boston, MA

2005-2010        Assistant Professor of Environmental Health, Boston University School of Public Health, Boston, MA

ATTACHMENT A TO SCHLEZINGER DECL.

CV: Jennifer J. Schlezinger, Ph.D.                                    March 25                                    2

2003-2005          Research Assistant Professor of Environmental Health, Boston University School of Public Health, Boston, MA

**DEPARTMENTAL AND UNIVERSITY COMMITTEES:**

2024-present       Faculty Senate, Department representative

2021-present       Academic Conduct Committee member, Boston University School of Public Health

2012-present       Laboratory Safety Committee member, Boston University

2012-present       Doctoral/MSc/Post-Doctoral Committee member, Department of Environmental Health, Boston University School of Public Health

2021-2024          Laboratory Safety Committee Chairperson, Boston University

2020-2022          Search Committee member, Opportunistic Hiring Committee for Department of Environmental Health, Boston University School of Public Health

2020-2021          Laboratory Safety Committee Vice Chairperson, Boston University

2017-2021          LSC Subcommittee Chairperson (High Hazard Chemicals/Chemical Safety)

2018-2020          Faculty Senate, At large member

2012-2019          MSc Committee member, Boston University School of Public Health

2012              Teaching Award Selection Committee member, Boston University School of Public Health

2011-2015          Core Advisory Committee member, Boston University Medical Campus

2010              Search Committee member, Director of Faculty Development, Boston University School of Public Health

2008              Search Committee member, Associate Dean for Research, Boston University School of Public Health

2007-2010          Faculty Senate Vice Chairperson, Boston University School of Public Health

2006-2012          Curriculum Committee member, Department of Environmental Health, Boston University School of Public Health

2006-2008          Institutional Animal Care and Use Committee member, Boston University Medical Campus

**TEACHING EXPERIENCE:**

2023-present       Faculty Co-leader for *Module 1 – Data, Determinants and Decision-Making for Health Equity* (SPH OM701)

2023-present       Director for *Toxicology for Environmental Health and Epidemiology* (SPH EH768)

2019-present       Instructor for *Individual, Community and Population Health* (SPH PH720)

                  2020: Excellence in Teaching Award for Teaching in the Core

2017-present       Director for *Toxicology for Public Health* (SPH EH705)

2022-2023          Guest lecturer for *Essentials of Public Health* (SAR PH510)

ATTACHMENT A TO SCHLEZINGER DECL.

CV: Jennifer J. Schlezinger, Ph.D.                                    March 25                                    3

| 2010-2019 | Director for *Advanced and Emerging Topics in Toxicology* (SPH EH840) |
| | 2011: Excellence in Teaching Award |
| 2017-2018 | Director for *Essentials of Toxicology* (SPH, online short course) |
| 2013-2016 | Director for *Introduction to Toxicology* (SPH EH768) |
| 2007-2016 | Lecturer in *Comprehensive Immunology* (GMS MI713) |
| 2007-2011 | Co-director for *Molecular Biology in Public Health* (SPH EH713) |
| | 2011: Excellence in Teaching Award |
| 2006-2008 | Instructor in *Intermediate Toxicology* (SPH EH840) |
| 2002-2005 | Lecturer in *Molecular Biology in Public Health* (SPH EH713) |

**STUDENT MENTORING:**

| 2020-present | Ph.D. Co-Mentor (Microbiology, Scott Adams) |
| 2011-present | Ph.D. qualifying exam committee member (Environmental Health: Kevin Lane; Program in Biomedical Sciences: Essence Maston; Program in Biomedical Sciences: Kathrine Benson; Program in Biomedical Sciences: Thomas Shin; Program in Biomedical Sciences: Grant Duclos; Program in Biomedical Sciences: Jiarui Zhang; Bioinformatics: Eric Reed; Program in Biomedical Sciences: Jordan Shafran; Biology: Shalom Entner; Environmental Health: Kathryn Rogers) |
| 2009-present | Master of Public Health advisor (Environmental Health: Susan Yanik, Rachael Brem, Elizabeth Faye, Alejandra Ramirez-Cardenas, Lauren Buck, Aliya Zwyer, Keyana White, Tanmayee Karanam, Raina Levin, Lindsay Kastner, Peyton Comfort) |
| 2008-present | Practicum supervisor (Environmental Health: Elizabeth Clarke, Hari Pillai, Lauren Masse, Heather McKenney, Rachel Freid, Catherine Boston, Hannah Puckett, Lauren Payne, Audrey Garcia) |
| 2006-present | Doctoral committee member. Boston University - Environmental Health: Gregory Howard; Pathology: Supraja Narasimhan; Ashley Penvose: Computational Biomedicine: Eric Reed; Biology: Shalom Entner. UMASS Lowell – Pharmaceutical Sciences: Kushal Biswas. University of Louisville – Pharmacology and Toxicology: Morgan Delnicki. |
| 2019-2023 | Ph.D. Mentor (Environmental Health, Greylin Nielsen). Scientist: MA Department of Environmental Protection |
| 2015-2019 | Ph.D. Mentor (Environmental Health, Stephanie Kim) |
| | Karen Wetterhahn Memorial Award recipient, Post-doc: USEPA |
| 2014-2019 | Ph.D. Co-Mentor (Environmental Health, Lariah Edwards), Employment: Gradient Consulting Post-doc: George Washington University/Environmental Defense Fund |
| | EPA STAR Fellowship recipient |
| 2013 | Master of Science research mentor (University of Paris, Diderot, Lydie Barbeau) |
| 2014-2018 | Ph.D. Co-Mentor (Environmental Health, Kate Crawford), Post-doc: Dartmouth University |
| 2012-2016 | Ph.D. Mentor (Environmental Health: James Watt), Post-Doc: Louisianna State University |

ATTACHMENT A TO SCHLEZINGER DECL.

CV: Jennifer J. Schlezinger, Ph.D.                    March 25                                    4

| 2012-2016 | Second reader for Ph.D. thesis (Molecular Medicine: Ashley Parks, Olga Novikov) |
| 2010-2019 | Master of Science advisor (Environmental Health Data Analytics: Paige Brochu, Jennifer Rooney; Payton de la Cruz; Environmental Health: James Watt, Charlotte Marsh, Natalie Banacos; Graduate Medical Sciences: Holly Bernard) |
| 2010-2013 | Ph.D. committee chairperson (Molecular Medicine: Brian Sworder, Anna Belkina) |
| 2009-2011 | Directed Research advisor (Environmental Health: Susan Yanik, James Watt) |
| 2008-2012 | Ph.D. mentor (Molecular Medicine: Amelia Haas) |
|  | Individual NRSA Fellowship recipient |
| 2008 | Outside reader for Ph.D. thesis (Experimental Medicine: Zuanel Diaz Heredia, McGill University) |
| 1999-2009 | Second reader for Master of Medical Sciences theses (Todd Jenkins, Pamela Bernard, Olga Novikov) |

**PROFESSIONAL MENTORSHIP**

| 2020-present | External advisory committee member (Abby Fleisch, Tufts University, ONES) |
| 2023-present | Mentor (Jamie Young, University of Louisville, K01) |
| 2021 | Mentor (Jamie Young, University of Louisville, DP5) |

**OTHER PROFESSIONAL SERVICE:**

**MEMBERSHIPS**

| 2022-present | American Heart Association |
| 2012-present | Boston Nutrition Obesity Research Center |
| 1998-present | Society of Toxicology |
| 2010-2015 | American Society for Bone and Mineral Research |

**OFFICES/POSITIONS**

| 2024-Present | Society of Toxicology, Vice-President, Mixtures Specialty Section |
| 2023-Present | Society of Toxicology, Board of Publications |
|  | Member – 2023-2025 |
|  | Co-Chair – 2025-2026 |
|  | Chair – 2026-2027 |
| 2023-2024 | Society of Toxicology, Vice-President Elect, Mixtures Specialty Section |
| 2021-2023 | Society of Toxicology, Secretary/Treasurer, Mixtures Specialty Section |
| 2017-2019 | Society of Toxicology, Counselor, Mixtures Specialty Section |
| 2016-2018 | Society of Toxicology, Counselor, Metals Specialty Section |

ATTACHMENT A TO SCHLEZINGER DECL.

CV: Jennifer J. Schlezinger, Ph.D.                                    March 25                                    5

## ADVISORY BOARDS

2025-Present          Toxics Use Reduction Act (TURA) Program, Science advisory board member

## PEER REVIEW ACTIVITIES

2022-present          *Environmental Health Perspectives*, Editorial Review Board, Member

2000-present          Manuscript reviewer: Aquatic Toxicology, Chemosphere, Environmental Health, Environmental Health Perspectives, Environmental Science and Technology, Environmental Toxicology and Applied Pharmacology, Journal of Immunology, Journal of Orthopedic Research, Journal of Toxicology and Environmental Health, Molecular Pharmacology, Scientific Reports, Toxicological Sciences, Toxicology

2025 (March)          NIH *ad hoc* Peer Reviewer: Environmental Determinants of Disease

2024 (July)          NIH *ad hoc* Peer Reviewer: Special Emphasis Panel: Member Conflict: Topics in Hepatology, Pharmacology, and Toxicology

2024 (March)          NIH *ad hoc* Peer Reviewer: Special Emphasis Panel: Member Conflict: Topics in Hepatology, Pharmacology, and Toxicology

2022, 2023          NIH *ad hoc* Peer Reviewer: Cell Signaling and Molecular Endocrinology

2022          NIH *ad hoc* Peer Reviewer: Special Emphasis Panel: Systemic Injury by Environmental Exposure

2021          NIH *ad hoc* Peer Reviewer: Special Emphasis Panel: Functional Genomics for Interrogating GxE Interactions in Disease

2021          Intramural Site Visit Review of NCI's Laboratory of Metabolism

2019, 2021          Superfund Research Program Review Panel

2019          Netherlands Organisation for Scientific Research, Reviewer for Veni grant in the Innovational Research Incentives Scheme, entitled: 'FOCUS: Finding the Origins of Chemical-Induced Obesity'

2019          ViCTER Review Panel

2015-2019          NIH/NIEHS - Environmental Health Sciences Review Committee

2018          Adverse Outcome Pathway reviewer for the Organisation for Economic Co-operation and Development (OECD). Reviewed the AOP for Antagonist of PPARα.

2016, 2018          NIH/NIEHS – K99/K00 (Pathway to Independence) Review Committee

2014          NIH Peer Review Committee *ad hoc*: The Role of Environmental Exposures in the Development of Autoimmune Disease (ES-13-011)

## MEETING/SYMPOSIUM CHAIRSHIPS

ATTACHMENT A TO SCHLEZINGER DECL.

CV: Jennifer J. Schlezinger, Ph.D.                                March 25                                          6

| 2024 | Society of Toxicology Annual Meeting Symposium: *Mechanisms of Per and Polyfluorinated (PFAS) Action…PPARα and Beyond* |
|---|---|
| | Co-Chairperson |
| 2024 | Society of Toxicology Annual Meeting Symposium: *The "Cocktail Effect": Studying the Greatest Uncontrolled Experiment Ever Launched!* |
| | Co-Chairperson |
| 2019 | Society of Toxicology Annual Meeting Poster Session: *Receptors* |
| | Co-Chairperson |
| 2013 | Society of Toxicology Annual Meeting Symposium: *Bone as a Target Tissue for Environmental Toxicants* |
| | Co-Chairperson |
| 2012 | Northeast Superfund Research Translation Activity: *Complex Mixtures and Exposures: Analyzing, Modeling and Predicting Fate and Effects at Multiple Levels of Environmental and Biological Systems* |
| | Co-Chairperson |

**RESEARCH SUPPORT:**

**CURRENT SUPPORT**

| 2025-2029 | R01 HL173978 |
|---|---|
| | NIH/HLBI |
| | *Identifying Environmental Pollutants Detrimental to the Cardiovascular System* |
| | Role: Co-Principal Investigator (Gokce – Co-PI) |
| | The goal of this project is to use a combined clinical and basic/molecular investigation to examine mechanisms of vascular dysfunction associated with persistent organic pollutants and environmental toxicants that contribute to the pathogenesis of cardiovascular diseases. |
| | Total Award Amount: $2,797,661 |
| 2024-2026 | R21 ES035475 |
| | NIH/NIEHS |
| | *Optimizing a Human-Relevant Mouse Model to Study Adverse Health Effects of PFAS* |
| | Role: Principal Investigator |
| | The goal of this project is to further refine the hPPARα mouse model I developed to examine PFAS-induced health effects by crossing it with the hPXR/hCAR mouse. |
| | Total Award Amount: $453,750 |
| 2023-2026 | 23CSA1052192 |
| | American Heart Association |

ATTACHMENT A TO SCHLEZINGER DECL.

*Adverse vascular effects of environmental pollutants*

Role: Co-Principal Investigator (Gokce – Co-PI)

The goal of this project is to characterize, to our knowledge for the first time, direct pathogenic effects of diverse toxicants, both legacy (banned) and presently widely used, upon the human vascular system by probing direct and indirect mechanisms owing to disruption of adipocyte biology.

Total Award Amount: $858,444

2023-2026    HT94252310690

DOD/TERP

*A Novel and Practical Intervention for Detoxification of PFAS in Humans*

Role: Principal Investigator

The goal of this project is to test the hypothesis that consumption of gel-forming and positively charged natural fibers will reduce PFAS absorption and increase PFAS elimination. And, as a result, PFAS-induced adverse health effects also will be minimized.

Total Award Amount: $1,117,352

2023-2025    R21 ES034939 (Gokce, PI)

NIH/NIEHS

*Impact of Per/Polyfluoroalkyl Pollutants on Vascular Disease Mechanisms*

Role: Co-Investigator

The goal of this proposal is to define the pathophysiological effects of structurally diverse PFAS upon the human vascular system

Total Award Amount: $453,750

2022-2024    R03 ES034093

NIH/NIEHS

*Investigating the Perturbation of Bone Health by Per/Polyfluoroalkyl Substances*

Role: Principal Investigator

The goal of this project is to define the effect of long term PFOA exposure on cortical and trabecular structure, osteoblast and osteoclast number and function, and the bone transcriptome.

Total Award Amount: $165,000

**SUPPORT PENDING**

**SUPPORT UNDER REVIEW**

2025-2027    NIH/NIEHS

*Untangling the Immunotoxicity of PFAS Exposure on Susceptibility to Respiratory Infection*

ATTACHMENT A TO SCHLEZINGER DECL.

CV: Jennifer J. Schlezinger, Ph.D.                     March 25                          8

Role: Co-Principal Investigator (Doaum – Co-PI)

The goal of this project is to test the hypotheses that: 1) PFAS exposure potentiates IFNγ and overall antiviral responses against SARS-CoV-2 infection but also increases susceptibility to re-infection through inducing lower humoral responses; and 2) PFAS-mediated protection is driven by enhanced IFNγ production and an American diet. Responses to SARS-CoV-2 will be compared to InfA.

Proposed Direct Costs: $250,000

2024-2027          DOD/TERP

*Approaches to Reduce Cardiovascular Toxicity of Pyrethroid Insecticides in Military Personnel*

Role: Principal Investigator

Use of insecticidal chemicals on uniforms is an essential strategy to reduce exposure of military personnel to insect-borne disease. The goal of this project is to test the hypotheses that exposure to military-relevant doses of permethrin promotes atherosclerosis. Furthermore, we hypothesize that the toxicity of permethrin is modulated by its formulation, dehydration and heat stress and that etofenprox may be a safer alternative.

Proposed Direct Costs: $800,000

**PAST SUPPORT**

2021-2024          R21 ES032882

NIH/NIEHS

*Defining the Impact of Per/Polyfluoroalkyl Substance Exposure on Susceptibility to SARS-CoV-2 Infection and Disease*

Role: Co-Principal Investigator (Doaum – Co-PI)

The goal of this project is to test the hypothesis that PFAS exposure enhances susceptibility to SARS-CoV-2 infection via interaction with nuclear receptors.

Total Award Amount: $444,650

2017-2023          R01 ES027813 (Webster, PI)

NIH/NIEHS

*Novel Analytical and Experimental Approaches for Predicting the Biological Effects of Mixtures*

Role: Co-Investigator

The goal of this project is to test the efficacy of generalized concentration addition as a model of additivity for complex mixture exposure scenarios.

2012, 2017          NIEHS/NTP

*Targeted Testing of Adiogenic ToxPi Compounds*

ATTACHMENT A TO SCHLEZINGER DECL.

CV: Jennifer J. Schlezinger, Ph.D.                    March 25                    9

Role: PI

The goal of this project is to test the accuracy of the ToxCast approach and ToxPi method to predict the adipogenic capacity of toxicants.

2012-2017    P42 ES07381   (Ozonoff, PD)

NIH/NIEHS          Superfund Hazardous Substances Basic Research Program

*Environmental PPARγ Agonist-Mediated Toxicity in the Developing Immune System* (Project 4)

Role: Project Leader

The goal of Project 4 is to test the hypothesis that environmental PPAR/RXR ligands suppress B lymphopoiesis by two mechanisms: directly, by inducing apoptosis in early B cells; and indirectly, by altering the bone marrow microenvironment that supports lymphopoiesis, resulting in aging-like suppression of immune responses.

2012-2014    R21 ES021136

NIH/NIEHS

*Effects of High Fat Diet and Environmental Obesogen Co-Exposure on Osteoporosis*

Role: Principal Investigator

The goal of this study is to examine how exposure to environmental obesogens (tributyltin) and a high fat diet cooperate to impair osteogenesis.

2011-2012    Ellison Foundation (Gerstenfeld, PI)

*Mechanism(s) of Obesity-Related Osteoporosis in the Absence of Insulin Resistance*

Role: Co-Investigator

The goal of this study is to examine the connection between obesity and bone loss in a unique insulin-competent but obese mouse model, the BrD2 hypomorphic mouse.

2009-2011    R21 CA134882

NIH/NCI

*Antagonism of the Ah Receptor in Controlling Breast Cancer Growth and Invasion*

Role: Principal Investigator

The goal of this study is to screen natural products libraries for novel, high affinity AhR antagonists and to determine molecular mechanisms of AhR antagonist-mediated breast cancer growth suppression.

2005-2011    P42 ES007381 (Ozonoff, PD)

NIH/NIEHS          Superfund Basic Research Program at Boston University

*Environmental Phthalate- and PPARγ-Mediated Toxicity in the Developing Immune System* (Project 4)

Role:  Project Leader

ATTACHMENT A TO SCHLEZINGER DECL.

CV:  Jennifer J. Schlezinger, Ph.D.                          March 25                          10

The goal of Project 4 is to map the apoptotic pathways induced by PPARγ agonists in the developing immune system and to investigate the how PPAR and RXR agonists synergize to induce apoptosis.

2004-2009    RO1 ES06086 (Sherr, PI)

NIH/NIEHS

*How Environmental Chemicals Impair Immunity*

Role: Researcher

The goal of this study is to investigate how polycyclic aromatic hydrocarbons agonists compromise immune function, with emphasis on mechanisms of induction of B cell apoptosis.

2000-2005    P42 ES007381  (Ozonoff, PD)

NIH/EPA                Superfund Hazardous Substances Basic Research Program

*The Ah Receptor as a Regulator of Hydrocarbon Bioactivity*

Role: Researcher

The goal of this study was to assess the functional role of AhR in PAH responsiveness of mature lymphocytes and evaluate AhR polymorphism and expression in humans

2000-2001    Individual National Research Service Award

NIH/NIEHS

*Aryl Hydrocarbon Receptor and NF-κB Interactions*

Role: Post-doctoral fellow

The goal of this study was to investigate how AhR agonists alter the NF-κB signaling pathway in bone marrow stromal cells.

1998-2000    Institutional National Research Service Award

NIH/Oncobiology

*Mechanisms of PAH-Induced, Bone Marrow Stromal Cell Mediated B Cell Death*

Role: Post-doctoral trainee

The goal of this study was to examine the PAH-induced pathway leading to production of a B cell death signal by bone marrow stromal cells.

**BIBLIOGRAPHY**

**INVITED PRESENTATIONS**

1.  The Multi-Faceted Toxicity of PFAS: Structures, Targets and Adverse Health Outcomes

University of Louiville. June 2024

University of Massachusetts, Lowell. September 2024.

University of Arizona. November 2024.

ATTACHMENT A TO SCHLEZINGER DECL.

CV: Jennifer J. Schlezinger, Ph.D.                    March 25                                           11

2. Is PPARα the MIE driving human relevant toxic effects of PFAS? Invited talk. *CPAC Joint Symposium on PFAS and Cancer.* Georgetown University. Washington, DC. March, 2024

3. What should we be thinking about (but aren't) in investigating PFAS-induced lipid disruption? Invited Seminar.

> Brown University, Providence, RI. February 2023.

> Wayne State University, Detroit, MI. March 2023.

4. PFOA induces liver and serum dyslipidemia in a humanized PPARα mouse model fed an American diet. *FLUOROS Conference*. Providence, RI. March 2021

5. PFOA induces liver and serum dyslipidemia in a humanized PPARα mouse model fed an American diet. Invited seminar. University of New Mexico School of Medicine, Albuquerque, NM. October 2021.

6. Environmental PPARγ and RXR ligands: selective agonists that disrupt bone and adipose homeostasis. Invited presentation. *Gordon Research Conference on Cellular and Molecular Mechanisms of Toxicity.* Andover, NH. August 2019.

7. Environmental PPARγ ligands: inducers of white, but not brite, adipogenesis. Invited seminar.

> Boston University, Biology Department, Boston, MA. October 2018

> Boston Nutrition Obesity Research Center, Boston, MA. December 2019.

> Baylor College of Medicine, Houston, TX. March 2020.

> Texas A&M University, College Station, TX. September 2020.

8. Environmental PPARγ ligands: inducers of white, but not brite, adipogenesis. Invited presentation *Society of Toxicology Annual Meeting*, San Antonio, TX. March 2018

9. Tributyltin suppresses B cell development by inducing apoptosis and altering the bone marrow microenvironment. Invited presentation. *American Association of Immunologists Annual Meeting*. Washington, D.C., 2017.

10. Approaches to studying multi-faceted exposures to nuclear receptor ligands. Invited presentation. *NIEHS FEST,* Durham, NC. December 2016.

11. Environmental PPARγ agonists: What are they doing to our bone and metabolic health? Invited seminars.

> McMaster University, Ontario, Canada. May 2015.

> McGill University, Quebec, Canada, May 2015.

> Boston Nutrition Obesity Research Center, Boston, MA. June 2015.

> Woods Hole Oceanographic Institution, Toxicology Roundtable, Woods Hole, MA. August 2015.

> Louisiana State University, Baton Rouge, LA. September 2016.

12. Environmental obesogens: are they bad to the bone? Invited seminar. University of Maine, Orono, MA. December, 2012.

13. Environmental contaminants skew mesenchymal stem cell differentiation in bone marrow: examining accelerated aging of bone. Invited seminar. Brown University, Providence, RI. May, 2010.

14. Environmental PPARγ agonists alter bone marrow mesenchymal stem cell differentiation and lymphopoiesis. Invited seminar. University of Massachusetts, Dartmouth, MA. March, 2010.

ATTACHMENT A TO SCHLEZINGER DECL.

CV: Jennifer J. Schlezinger, Ph.D.                                      March 25                                                12

15. Environmental contaminants accelerate aging of bone: what may this mean for the immune system? Invited seminar. University of New England College of Medicine, Biddeford, ME. January, 2010.

16. Premature aging in bone: environmental chemical-induced effects on bone marrow adipogenesis and osteoblastogenesis. *Superfund Basic Research Program Annual Meeting*, New York, NY. November, 2009.

17. Environmental phthalate-mediated toxicity in developing B cells: interactions with endogenous PPARγ and RXRα agonists. *Superfund Basic Research Program Annual Meeting*, Monterey, CA. December, 2008.

**PRESENTATIONS AND PUBLISHED ABSTRACTS**
**PLATFORM PRESENTATIONS**

1. **Schlezinger, JJ.** 2024. Is PPARα the MIE driving human relevant toxic effects of PFAS? *Society of Toxicology Annual Meeting*, Salt Lake City, UT.

2. Nielsen, G, Reed, E, Webster, TF, Heiger-Bernays, W, Lara, B, Sherr, D, Hyötyläinen, T, **Schlezinger, JJ**. 2023. A multi-omics assessment of the effects of PFOA treatment on liver lipid homeostasis in a human relevant mouse model.  *Society of Toxicology Annual Meeting*, Nashville, TN.

*3.* **Schlezinger, JJ**. 2022. PFOA induces liver and serum dyslipidemia in a humanized PPARα mouse model fed an American diet. *The Science of PFAS: Public Health and the Environment.* Meeting hosted by NEWMOA. Marlborough, MA.

4. **Schlezinger, JJ.** 2022. Sex-differences, an understudied factor in PFAS-induced liver toxicity and lipid disruption. *Society of Toxicology Annual Meeting*, San Diego, CA.

5. **Schlezinger, JJ**, Hyötyläinen T, Boston C, Heiger-Bernays W, Webster, TF. 2020. PFOA induces liver and serum dyslipidemia in a humanized PPARα mouse model fed an American diet. *Society of Toxicology Annual Meeting*, Anaheim, CA.

6. Webster TF, Hyötyläinen T, Boston C, Heiger-Bernays W, **Schlezinger J.** 2019. PFOA induces liver and serum dyslipidemia in a humanized PPARα mouse model fed an American diet. *Dioxin International Symposium, Kyoto, JP.*

7. **Schlezinger, JJ**, Watt, J, Gerstenfeld, LC. March 2015. Suppression of osteogenesis by organotins. Is it all about PPARγ? *Society of Toxicology Annual Meeting*, San Diego, CA.

8. Pillai H, Fang M, Beglov D, Kozakov D, Vajda S, Stapleton HM, Webster TF, **Schlezinger JJ**. June 2014. Firemaster 550 contains PPARγ ligands that induce adipogenesis and suppress osteogenesis. *14th Annual Workshop on Brominated & Other Flame Retardants*, Indianapolis, IN.

9. Watt, J, Andrews, F, **Schlezinger, JJ**. March 2013. Environmental obesogens: are they bad to the bone? *Environmental Health Conference,* Boston, MA.

10. **Schlezinger, J**, Baker AH, Gerstenfeld, LC. March, 2013. Organotins: Unique modifiers of bone quality and the bone marrow microenvironment. *Society of Toxicology Annual Meeting*, San Antonio, TX.

11. Webster, TF, Howard, GJ, **Schezinger, J**. March, 2008. Mixtures of AhR full agonists, partial agonists and antagonists: Implications for TEFs. *Society of Toxicology Annual Meeting*, Seattle, WA.

12. **Schezinger, J,** Bissonnette, S, Teague, JE, Sherr, DH. March, 2008. Contribution of p53 and BCL-2 family members in prostaglandin and phthalate-induced pro/pre-B cell apoptosis. *Society of Toxicology Annual Meeting*, Seattle, WA.

13. **Schlezinger, J,** Bissonnette, S, Sherr DH. March, 2007. GW7845, a PPAR agonist, induces mitochondria-dependent apoptosis in pro/pre-B cells.  *Society of Toxicology Annual Meeting*, Charlotte, NC

ATTACHMENT A TO SCHLEZINGER DECL.

14. **Schlezinger, JJ**, Emberley, J, Sherr, DH.  March, 2005.  PPARγ agonists, GW7845, 15-deoxy-$\delta^{12,14}$-Prostaglandin J$_2$, and mono-(2-ethylhexyl) phthalate, activate complex caspase cascades in pro/pre-B cells. *Society of Toxicology Annual Meeting*, New Orleans, LA.

15. Sherr, DH, Ryu, H-Y, Emberley, JE, Allan, LL, **Schlezinger, JJ**.  March, 2005.  AhR control of B lymphocyte death and growth.  *Society of Toxicology Annual Meeting*, New Orleans, LA.


**POSTER PRESENTATIONS**

1. Ekuban, FA, Nielsen, G, Gondim, DD, Cave, MC, Heiger-Bernays, W, Webster, TF, **Schlezinger, JJ**. PFOA exposure results in sex-dependent effects on hepatic and whole-body lipid homeostasis that differ by PPARa status. *American Association for the Study of Liver Diseases Annual Meeting*, Boston, MA. 2023.

2. Doherty, A, **Schlezinger, J**, Kuohung, W. The effect of PFAS compounds on trophoblast migration and differentiation in placental cell lines. *Society for Reproductive Investigation Annual Meeting*, Denver, CO, 2022.

3. Nielsen, G, Heiger-Bernays, W, Webster, T, **Schlezinger, J**. Predicting the effect of PFAS mixtures on nuclear receptor activity. *Society of Toxicology Annual Meeting,* Virtual, 2021.

4. **Schlezinger, JJ**, Hyötyläinen, T, Sinioja, T, Puckett, H, Oliver, J, Heiger-Bernays, W, Webster, TF. PFOA modifies fatty acid and triglyceride homeostasis in a humanized PPARα mouse model fed an American diet. *Society of Toxicology Annual Meeting,* Virtual, 2021.

5. **Schlezinger, JJ**, Heiger-Bernays, W, Webster, TF Predicting the activation of the androgen receptor by complex mixtures of environmental antagonists using Generalized Concentration Addition. *Society of Toxicology Annual Meeting,* Virtual, 2021.

6. **Schlezinger, JJ**, Heiger-Bernays, W, Webster, TF. Modeling induction of proximal and distal endpoints following PPARγ activation by ligand mixtures. *Society of Toxicology Annual Meeting*, Anaheim, CA, 2020.

    Best Five Mixtures Poster winner

7. **Schlezinger, JJ**, Hyötyläinen, T, Boston, C, Heiger-Bernays, W, Webster, TF. PFOA induces liver and serum dyslipidemia in a humanized PPARα mouse model fed an American diet.

    *SETAC* North America Focused Topic Meeting: Environmental Risk Assessment of *PFAS*, Durham, NC, 2019.

    *SETAC North America 40th Annual Meeting*, Toronto, Ontario, Canada, 2019.

8. **Schlezinger, JJ**, Heiger-Bernays, W, Webster, TF. Predicting the activation of the androgen receptor by mixtures of ligands using Generalized Concentration Addition. *Society of Toxicology Annual Meeting*, Baltimore, MD, 2019.

    Best Mixtures Poster winner

9. Kim, S, Rabhi, N, Farmer, S, **Schlezinger, J**. Triphenyl phosphate, an environmental contaminant, is a selective PPARγ ligand that may not be so brite! *Society of Toxicology Annual Meeting*, Baltimore, MD, 2019.

10. Watt, J, Baker, AH, Freid, R, Hussein Ali, A, Divieti Pajevic, P, Morgan, EF, Gerstenfeld, LC, **Schlezinger, JJ**. Tributyltin increases trabecular bone in female C57BL/6J mice and protects against ovariectomy-induced trabecular bone loss. *American Society of Bone and Mineral Research Annual Meeting*. Montreal, Quebec, Canada, 2018**.**

ATTACHMENT A TO SCHLEZINGER DECL.

CV: Jennifer J. Schlezinger, Ph.D.                        March 25                                        14

11. Edwards, L, Webster, TF, **Schlezinger, J**, Peters, J. Investigating the association of a biomarker of triphenyl phosphate exposure with metabolic health in the U.S. population. *International Society for Environmental Epidemiology Annual Meeting*. Ottowa, Ontario, Canada, 2018.

12. Freid, R, Kim, S, Hussein Ali, A, **Schlezinger, J**. Tributyltin protects against ovariectomy-induced bone loss only in mice on a low fat diet. *Society of Toxicology Annual Meeting*, San Antonio, TX, 2018.

13. Edwards, L, Webster, T,  Hatch, E, Janulewicz, P, **Schlezinger, J**. Assessment of mouse and human serum cumulative, ligand-induced peroxisome proliferator activated receptor γ agonist activity**.** *Society of Toxicology Annual Meeting*, San Antonio, TX, 2018.

14. Kim, S, Reed, E, Monti, S, **Schlezinger, J**. Application of Digital Gene Expression to identify adipogenic gene signatures of environmental metabolism-disrupting chemicals. *Superfund Research Program Annual Meeting*, Philadelphia, PA, 2017.

15. Edwards, L, Webster, T,  Hatch, E, Janulewicz, P, **Schlezinger, J**. Assessment of mouse and human serum cumulative, ligand-induced peroxisome proliferator activated receptor γ agonist activity**.** *Superfund Research Program Annual Meeting*, Philadelphia, PA, 2017.

16. Crawford, K, **Schlezinger, J**, Nacci, D, Hahn, M, Clark, B, Heiger-Bernays, W. Healthy fish, healthy people: Using fish to understand ecological and human health impacts of early life exposures to Superfund chemicals on metabolic and bone development. *Society of Environmental Toxicology and Chemistry Annual Meeting.* Mineapolis, MN. 2017.

17. Schlezinger, J, Marsh, C, Kim, S, Heiger-Bernays, W. The organophosphate flame retardant triphenyl phosphate disrupts bone re/modeling in adult and perinatally exposed female mice. *Society of Toxicology Annual Meeting*, Baltimore, MD. 2017

18. Veltre, D, Chen, E, Hussein, A, Huang, C, Morgan, E, Gerstenfeld, L, **Schlezinger, J.**  High fat diet leads to reduced fracture healing in a mouse model. *Orthopaedic Research Society Annual Meeting,* San Diego, CA, 2017.

19. Kim, S, Li, A, Monti, S, **Schlezinger, J.** Understanding tributyltin, an environmental obesogen, in its engagement of nuclear receptor pathways and molecular gene targets using transcriptomics. *Superfund Research Program Annual Meeting,* Durham, NC, 2016.

20. Edwards, L, Hatch, E, Janulewicz Lloyd, P, Webster, T, **Schlezinger, J**. Development of a PPARγ ligand exposure biomarker. *Superfund Research Program Annual Meeting*, Durham, NC, 2016.

21. Crawford, K, Nacci, D, Heiger-Bernays, W, S**chlezinger, J**. Using fish to simultaneously study the ecological and human health impacts of Superfund chemicals in New Bedford Harbor, Massachusetts. *Superfund Research Program Annual Meeting,* Durham, NC, 2016.

22. Watt, J, Baker, A, Meeks, B, Morgan, E, Gerstenfeld, L, **Schlezinger, J**. Tributyltin engages the RXR and LXR nuclear receptor pathways to modify osteoblast/osteoclast crosstalk and enhance bone deposition in a sex-dependent manner. *Society of Toxicology Annual Meeting*, New Orleans, LA, 2016.

23. Watt, J, Webster, T, **Schlezinger, J.** Strengths and limitations of Generalized Concentration Addition in modeling PPARγ activation by endocrine-disrupting compounds. *Society of Toxicology Annual Meeting*, New Orleans, LA, 2016.

24. Watt, J, Webster, T, **Schlezinger, J.** Predicting joint effects of PPARγ ligands using Generalized Concentration Addition. *Society of Toxicology Annual Meeting*, San Diego, CA, 2015.

25. Watt, J, Webster, TJ, **Schlezinger, J.** Predicting joint effects of PPARγ ligands using Generalized Concentration Addition. *Superfund Research Program Annual Meeting,* Baton Rouge, LA, 2014.

ATTACHMENT A TO SCHLEZINGER DECL.

26. Watt, J, Webster, T, **Schlezinger, J.** Emerging toxicants induce adipogenesis and suppress osteogenesis in bone marrow multipotent mesenchymal stromal cells.

    *Superfund Research Program Annual Meeting,* Baton Rouge, LA, 2014.

    *Society of Toxicology Annual Meeting*, Phoenix, AZ, 2014.

27. Baker, AH, Watt, J, Meeks, B, Gerstenfeld, LC, **Schlezinger, JJ.** Environmental obesogens: are they bad to the bone? *Superfund Research Program Annual Meeting,* Raleigh, NC, 2012.

28. Bragdon, B, Morgan, EF, Burns, R, Baker, AH, Belkina, A, Denis, G, **Schlezinger JJ**, Gerstenfeld, LC. Age related sexual dimorphism of trabecular bone loss is inversely associated with adipogenic and osteoclastic but not osteogenic activities. *American Society of Bone and Mineral Research Annual Meeting*, Minneapolis, MN, 2012.

29. Bragdon, B, Burns, R, Baker, AH, Belkina, A, Dennis, G, Morgan, EF, Gerstenfeld, LC, **Schlezinger, JJ.** Role of Brd2 gene in the regulation of sex-linked bone loss and its association with adipocyte differentiation. *American Society of Bone and Mineral Research Annual Meeting*, Minneapolis, Minneapolis, MN, 2012.

30. Baker, AH, Watt, J, Meeks, BD, Salazar, D, Gerstenfeld, LC, **Schlezinger, JJ.** Organotin-induced osteoporosis: unique gene expression patterns involving multiple nuclear receptor pathways *in vitro* and *in vivo. Society of Toxicology Annual Meeting*, San Francisco, CA, 2012.

31. Baker, AH, Meeks, BD, Andrews, FV, Salazar, D, Gerstenfeld, LC, **Schlezinger, JJ.** Environmental contaminant tributyltin-induced osteoporosis: distinct involvement of PPARγ and RXR in suppression of osteogenesis. *American Society of Bone and Mineral Research Annual Meeting*, San Diego, CA, 2011.

32. Baker, A.H., Meeks, B.D., Mann, K.K., Gerstenfeld, L.C., **Schlezinger, JJ**. Dual PPAR/RXR agonist tributyltin uniquely impacts bone integrity and marrow microenvironment. *Society of Toxicology Annual Meeting*, Washington, DC, 2011.

33. Meeks, BD, Haas, AR, Wigner, NA, Alpaugh, KG, Morgan, EF, Einhorn, TA, Gerstenfeld, LC, **Schlezinger, JJ.** The environmental toxicant tributyltin induces osteoporosis via PPARγ. *Orthopaedic Research Society Annual Meeting*, Long Beach, CA, 2011.

34. Haas, AR, Sherr, DH, Gerstenfeld, LC, **Schlezinger, JJ**. The environmental contaminant and potent PPARγ agonist tributyltin stimulates aging-like alteration of the bone marrow microenvironment and impairs lymphopoiesis. *American Society for Bone and Mineral Research Annual Meeting*, Toronto, ON, Canada, 2010.

35. Yanik, SC, Sherr, DH, **Schlezinger, JJ.** Organotin-mediated PPARγ activation and adipocyte differentiation in bone marrow stromal cells. *Society of Toxicology Annual Meeting,* Salt Lake City, UT, 2010.

36. Haas, AR, Yanik, SC, Sherr, DH, Gerstenfeld, LC, **Schlezinger, JJ**. Tributyltin: B cell toxicant and bone marrow microenvironment modulator. *Society of Toxicology Annual Meeting,* Salt Lake City, UT, 2010.

37. **Schlezinger, JJ**, Haas, A, Sherr, DH. March Tributyltin: A dual bone marrow stromal cell and lymphocyte toxicant? *Society of Toxicology Annual Meeting,* Baltimore, MD, 2009.

38. Howard, GJ, **Schlezinger, JJ**, Webster, TF. A generalized concentration addition model predicts joint effects of TCDD and partial-agonist PCBs. *Society of Toxicology Annual Meeting*, Charlotte, NC, 2007.

39. **Schlezinger, JJ**, Bissonnette, S, Sherr, DH. GW7845, a PPARγ agonist, induces calcium-dependent MAP kinase activation and apoptosis in pro/pre-B cells. *Society of Toxicology Annual Meeting*, San Diego, CA, 2006.

CV: Jennifer J. Schlezinger, Ph.D.                    March 25                                                16

40. Emberley, JK, **Schlezinger, JJ**, Ryu, H-Y, Sherr, DH. DMBA-induced apoptosis of bone marrow B cells is likely initiated through a metabolite-driven mitochondrial pathway. *Society of Toxicology Annual Meeting*, San Diego, CA, 2006.

41. Liu, D, Emberley, J, Sherr, DH, **Schlezinger, JJ**. PPARγ agonists induce MAP kinase- but not calcium- or reactive oxygen species-dependent apoptosis in pro/pre-B cells. *Society of Toxicology Annual Meeting*, New Orleans, LA, 2005.

42. Emberley, JK, **Schlezinger, JJ**, Ryu, H-Y, Sherr, DH. The roles of mitochondria and caspase-6 in DMBA-induced bone marrow B cell apoptosis. *Society of Toxicology Annual Meeting*, New Orleans, LA, 2005.

43. Sherr, DH, Ryu, H-Y, Emberley, JK, Allan, LL, **Schlezinger, JJ**. Caspase-8 is not the most proximal caspase involved in DMBA-induced bone marrow B cell apoptosis. *Society of Toxicology Annual Meeting*, New Orleans, LA, 2005.

44. Liu, D, Emberley, JK, Sherr, DH, **Schlezinger, JJ**. GW7845, a PPARγ agonist, induces MAP kinase-dependent apoptosis in pro/pre B cells. *Society of Toxicology Annual Meeting,* Baltimore, MD, 2004.

45. **Schlezinger, JJ**, Howard, G, Hurst, CH, Waxman, DJ, Webster, T, Sherr, DH. An environmental PPARγ agonist, mono-(2-ethylhexyl) phthalate, induces pro/pre-B cell toxicity: interactions with 9-*cis*-retinoic acid and 15-deoxy-$\Delta^{12,14}$-prostaglandin J$_2$. *Society of Toxicology Annual Meeting,* Baltimore, MD, 2004.

46. **Schlezinger, JJ**, Jensen, BA, Ryu, H-Y, Sherr, DH. Mechanisms of PPAR-γ-mediated pre-B cell apoptosis. *Society of Toxicology Annual Meeting*, Nashville, TN, 2002.

47. **Schlezinger, JJ**, Blickarz, CE, Mann, KK, Stegeman, JJ. NF-κB (Rel) homologues in scup (*Stenotomus chrysops*) and possible activation of NF-κB by Ah receptor agonists. *International Symposium on Pollutant Responses in Marine Organisms*. Williamsburg, VA, 1999.

48. **Schlezinger, JJ**, Struntz, WDJ, Stegeman, JJ. Cytochrome P4501A (CYP1A) and planar halogenated aromatic hydrocarbons (pHAH): Oxidative inactivation and reactive oxygen production. *Society of Toxicology Annual Meeting*. Seattle, WA, 1998.

49. **Schlezinger, JJ**, White, RD, Stegeman, JJ. 3,3′,4,4′-Tetrachlorobiphenyl stimulates release of active oxygen from hepatic microsomes and the oxidative inactivation of cytochrome P4501A1. *International Symposium on Microsomes and Drug Oxidations.* Los Angeles, CA, 1996.

50. **Joy, JS**, Moore, M, Schell, J, Stegeman, JJ. Induction of cytochrome P4501A in endothelium: the rete mirabile as a model for the study of endothelial CYP1A. *International Symposium on Pollutant Responses in Marine Organisms*. Monterey, CA, 1995.


**ORIGINAL, PEER REVIEWED ARTICLES**

1. **Schlezinger, JJ**, Bello, A, Mangano, KM, Biswas, K, Patel, PP, Pennoyer, EH, Wolever, TMS, Heiger-Bernays, WJ, Bello, D. 2025 Per- and poly-fluoroalkyl substances in circulation and their association with serum liver enzyme biomarkers in a Canadian population. *Environ. Health.* 24(1):10. PMCID: PMC11909942

2. Nielsen, G, Gondim, DD, Cave, MC, Heiger-Bernays, W, Webster, TF, **Schlezinger, JJ**. 2025. Perfluorooctanoic acid increases serum cholesterol in a PPARα-dependent manner in female mice *Archives Toxicol.* doi: 10.1007/s00204-025-03984-7. Online ahead of print. PMID: 40021516 2025 Mar 1.

3. **Schlezinger, JJ**, Biswas, K, Heiger-Bernays, WJ, Bello D. 2024. An oat fiber intervention for reducing PFAS body burden: a pilot study. *Toxicol. Appl. Pharm.* 495:117188. PMCID: PMC11798698

ATTACHMENT A TO SCHLEZINGER DECL.

CV: Jennifer J. Schlezinger, Ph.D.                    March 25                                        17

4.  Sen, P, Fan, Y, **Schlezinger, JJ**, Hansen, T, Ehrlich, SD, Webster, TF, Hyötyläinen, T, Pedersen, O, Orešič, M. 2024. Exposure to environmental toxicants is associated with gut microbiome dysbiosis, insulin resistance and obesity. *Environ. Int.* 186:108569. PMID: 38522229

5.  Zahm, S… **Schlezinger J**… Schubauer-Berigan MK. 2023. Carcinogenicity of perfluorooctanoic acid and perfluorooctanesulfonic acid. *Lancet Oncol.* S1470-2045(23)00622-8. PMID: 38043561

6.  Dragon, J, Hoaglund, M, Baddireddy, R, **Schlezinger, JJ**, Shukla, A. 2023. Perfluoroalkyl substances (PFAS) impact inflammation in lung cells and tissues. *Inter. J. Mol. Sci.* 24(10):8539. PMCID: PMC10218140

7.  Pennoyer, E, Heiger-Bernays, W, Aro, R, Yeung, LWY, **Schlezinger, JJ**, Webster, TF. 2023. Unknown organofluorine mixtures in U.S. adult serum: contribution from pharmaceuticals? *Toxics.* 11(5):416. PMCID: PMC10221009

8.  Post, GB, Birnbaum, LS, DeWitt, JC, Goeden, H, Heiger-Bernays, W, **Schlezinger, JJ.** 2022. Letter to the editors regarding "The Conundrum of the PFOA human half-life, an international collaboration." *Reg. Toxicol. Pharmacol.* 134:105240.

9.  Lu, D, Demissie, S, Horowitz, N, Gower, A, Lenberg, M, Alekseyev, Y, Hussien, A, Bragdon, B, Daukss, D, Page, J, **Schlezinger, JJ**, Morgan, EF, Gerstenfeld, LC. 2022. Temporal and quantitative transcriptomic differences define sexual dimorphism in murine post-natal bone aging. *JBMR Plus.* 6(2):e10579. PMCID: PMC8861981

10. Nielsen, G, Heiger-Bernays, HB, **Schlezinger, JJ***, Webster, TF*. 2022. Predicting the effects of per- and polyfluoroalkyl substance mixtures on peroxisome proliferator-activated receptor alpha activity *in vitro*. *Toxicology.* 465:153024. PMCID: PMC8692422 * - co-senior authors.

11. Freid, R, Kim, SM, Hussein, AI, **Schlezinger, JJ**. 2021. Tributyltin protects against ovariectomy-induced bone loss in C57BL/6J mice. *Toxicol. Appl. Pharmacol.* 431:115736. PMCID: PMC8545923

12. Sen, P, Qadri, S, Luukkonen, PK, Ragnarsdottir, O, Jäntti, S, Juuti, A, Arola, J, **Schlezinger, JJ**, Webster, TF, Orešič, M, Yki-Järvinen, H, Hyötyläinen, T. 2021. Exposure to environmental contaminants is associated with sex-specific alterations of hepatic lipid metabolism in non-alcoholic fatty liver disease. *J. Hepatol.* S0168-8278(21)02104-8. PMID: 34627976

13. Hoffman, K, Völker, J, Pu, Y, Veiga-Lopez, A, Kim, SM, **Schlezinger, JJ**, Bovolin, P, Cottone, E, Saraceni; A, Scandiffio, R, Atlas, E, Leingartner, K, Ermler, S, Legler, J, Chappell, VA, Fenton, SE, Mesmar, F, Bondesson, M, Fernández, MF, Stapleton, HM,  Kassotis, C. 2021. Reproducibility of adipogenic responses to metabolic disrupting chemicals in the 3T3-L1 pre-adipocyte model system: an interlaboratory study. *Toxicology.* 461:152900. PMCID: PMC8453119

14. Kim, SM, Reed, E, Farmer, S, Monti, S*, **Schlezinger, JJ*.** 2021. A data-driven transcriptional taxonomy of adipogenic chemicals to identify white and brite adipogens. *Environ. Health Perspect.* 129(7):77006. PMCID: PMC8320370 * - co-senior authors.

15. **Schlezinger, JJ**, Hyötyläinen, T, Sinioja, T, Boston, C, Puckett, H, Oliver, J, Heiger-Bernays, W, Webster, T. 2021. Perfluorooctanoic acid induces liver and serum dyslipidemia in humanized PPARα mice fed an American diet. *Toxicol. Appl. Pharmacol.* 426:115644. PMCID: PMC8338894

16. De la Rosa, R, **Schlezinger, JJ**, Smith, MT, Webster, TF. 2020. Application of Generalized Concentration Addition to predict mixture effects of glucocorticoid receptor ligands. *Toxicol. In Vitro.* 69:104975. PMCID: PMC7594746

17. **Schlezinger JJ**, Puckett H, Oliver J, Nielsen G, Heiger-Bernays W, Webster TF. 2020. Perfluorooctanoic acid activates multiple nuclear receptor pathways and skews expression of genes regulating cholesterol

ATTACHMENT A TO SCHLEZINGER DECL.

CV: Jennifer J. Schlezinger, Ph.D.                    March 25                                18

homeostasis in liver of humanized PPARα mice fed an American diet. *Toxicol. Appl. Pharmacol.* 405:115204. PMCID: PMC7503133

18. **Schlezinger, JJ**, Heiger-Bernays, W, Webster, TF. 2020. Predicting the activation of the androgen receptor by mixtures of ligands using Generalized Concentration Addition. *Toxicol. Sci.* 177(2):466-475. PMCID: PMC7548291

19. Kim, SM, Rabhi, N, Blum, BC, Hekman, R, Wynne, K, Emili, A, Farmer, S, **Schlezinger, JJ**. 2020. Triphenyl phosphate is a selective PPARγ modulator that does not induce brite adipogenesis *in vitro* and *in vivo*. *Arch. Toxicol.* 94(9):3087-3103. PMCID: PMC7443879

20. Andrews, FV, Kim, SM, Edwards, L. **Schlezinger, JJ**. 2020. Identifying adipogenic chemicals: Disparate effects in 3T3-L1, OP9 and primary mesenchymal multipotent cell models. *Toxicol. In Vitro.* 67:104904. PMCID: PMID: 32473317

21. Crawford, KA, Clark, BW, Heiger-Bernays, WJ, Karchner, SI, Hahn, ME, Nacci, DE, **Schlezinger, JJ**. 2020. Tributyltin disrupts fin development in *Fundulus heteroclitus* from both PCB-sensitive and resistant populations: Investigations of potential interactions between AHR and PPARγ. *Aquat. Toxicol.* 218:105334. PMCID: PMC6935467

22. Webster TF, **Schlezinger JJ**. 2019. Generalized concentration addition for ligands that bind to homodimers. *Math Biosci.* 316:108214. PMCID: PMC6779138

23. Edwards, LM, Watt, J, Webster, TF, **Schlezinger JJ.** 2019 Assessment of total, ligand-induced peroxisome proliferator activated receptor γ ligand activity in serum. *Environ. Health.* 18(1):45. PMCID: PMC6506953

24. Crawford, KA, Clark BW, Heiger-Bernays WJ, Karchner SI, Claus Henn BG, Griffith K, Howes BL, Schlezinger DR, Hahn ME, Nacci DE, **Schlezinger JJ**. 2019. Altered lipid homeostasis in a PCB-resistant Atlantic killifish (*Fundulus heteroclitus*) population from New Bedford Harbor, MA, U.S.A. *Aquatic Toxicol.* 210:30-43. PMCID: PMC6544361

25. Kim, SM, Li, A, Monti, S, **Schlezinger, JJ**. 2018. Tributyltin induces a transcriptional response without a brite adipocyte signature in adipocyte models. *Arch. Toxicol.* 92(9):2859-2874. PMCID: PMC6815880

26. Narasimhan, S, Stanford Zulick, E, Novikov, O, Parks, A, **Schlezinger, J**, Wang, Z, Laroche, F, Feng, H, Mulas, F, Monti, S, Sherr, D. 2018. Towards resolving the pro- and anti-tumor effects of the aryl hydrocarbon receptor. *J. Mol. Sci.* 19(5). pii: E1388. PMCID: PMC5983651

27. Watt, J, Baker, AH, Meeks, B, Pajevic, PD, Morgan, EF, Gerstenfeld, LC, **Schlezinger, JJ**. 2018. Tributyltin induces distinct effects on cortical and trabecular bone in female C57Bl/6J mice resulting from modulation of both osteoblasts and osteoclasts. *J. Cell. Physiol.* 233(9):7007-7021. PMCID: PMC6827485

28. Baker, AH, Wu, TH, Bolt, AM, Gerstenfeld, LC, Mann, KK, **Schlezinger, JJ**. 2017. Tributyltin suppresses B cell development by inducing apoptosis and altering the bone marrow microenvironment. *Toxicol. Sci.* 158(1):63-75. PMCID: PMC4737589

29. Kassotis CD, Masse L, Kim S, **Schlezinger JJ**, Webster TF, Stapleton HM. 2017. Characterization of adipogenic chemicals in three different cell culture systems: Implications for reproducibility based on cell source and handling. *Sci. Rep.* 7:42104. PMCID: PMC5296734

30. Watt J, Webster TF, **Schlezinger JJ**. 2016. Generalized Concentration Addition modeling predicts mixture effects of environmental PPARγ agonists. *Toxicol. Sci.* 153(1):18-27. PMCID: PMC5013877

31. Auerbach, S, Filer, D, Reif, D, Walker, V, Blumberg, B, Clegg, D Holloway, A, **Schlezinger, J**, Srinivasan,S, White, M, Svoboda, D, Judson, R, Bucher, JR, Thayer, KA. 2016. Prioritizing environmental chemicals for

obesity and diabetes outcomes research: A screening approach using ToxCast™ high-throughput data. *Environ. Health Perpsect.* 124(8):1141-54. PMCID: PMC4977057

32. Bolt, AM, Grant, MP, Kelly, ADR, Flores Molina, M, Hua, TW, Plourde, D, Negro Silva, LF, Lemaire, M, **Schlezinger, JJ**, Mwale, F, Mann, KK. 2015 Tungsten promotes adipogenesis by altering differentiation of bone marrow resident mesenchymal stromal cells. *Toxicol. Sci.* 150(2):333-46**.** PMCID: PMC4900133

33. Baker, AH, Watt J, Huang CK, Gerstenfeld LC, **Schlezinger, JJ.** 2015. Tributyltin engages multiple nuclear receptor pathways and suppresses osteogenesis in bone marrow multipotent stromal cells. *Chem. Res. Toxicol.* 28(6):1156-66. PMCID: PMC4737589

34. Watt, J, **Schlezinger JJ**. 2015. Structurally-diverse, PPARγ-activating environmental toxicants induce adipogenesis and suppress osteogenesis in bone marrow mesenchymal stromal cells. *Toxicology.* 331:66-77. PMCID: PMC4406869

35. Bragdon B, Burns R, Baker AH, Belkina AC, Morgan EF, Denis GV, Gerstenfeld LC, **Schlezinger JJ**. 2015. Intrinsic sex-linked variations in osteogenic and adipogenic differentiation potential of bone marrow multipotent stromal cells. *J. Cell. Physiol.* 230(2):296-307. PMCID: PMC4317374

36. Pillai H, Fang M, Beglov D, Kozakov D, Vajda S, Stapleton HM, Webster TF, Schlezinger JJ. 2014. The flame retardant Firemaster 550 contains PPARγ ligands that induce adipogenesis and suppress osteogenesis. Environ. Health. Perspect. 122(11):1225-32. PMCID: PMC4216168

37. Parks AJ, Pollastri MP, Hahn ME, Stanford EA, Franks DG, Haigh SE, Narasimhan S, Ashton TD, Hopper TG, Kozakov D, Beglov D, Vajda S, **Schlezinger JJ**, Sherr DH. 2014. *In silico* identification of an aryl hydrocarbon receptor (AHR) antagonist with biological activity *in vitro* and *in vivo*. *Mol. Pharmacol*. 86(5):593-608. PMCID: PMC4201140

38. Lowe, MM, Mold, JE, Kanwar, B, Huang, Y, Louie, A, Hahn, ME, Pollastri, MP, Wang, C, Franks, DG, **Schlezinger, JJ**, Sherr, D, Silverstone, AE, McCune, JM. 2014. Identification of an endogenous aryl hydrocarbon receptor ligand that drives Th22 differentiation. *PLOS One*. 9(2):e87877. PMCID: PMC3912126

39. Springer C, Dere E, Hall SJ, McDonnell-Clark E, Roberts, SC, Butt CM, Stapleton HM, Watkins DJ, McClean MD, Webster TF, **Schlezinger JJ**, Boekelheide K. 2012. Bis-(2-ethylhexyl) tetrabromophthalate (TBPH), a novel brominated flame retardant: exposure, metabolism, and toxicity. *Environ. Health. Perspect.* 120(12):1711-19. PMCID: PMC3548273

40. Goldstone HM, Tokunaga S, **Schlezinger JJ**, Goldstone JV, Stegeman JJ. 2011. EZR1: A novel family of highly expressed retroelements induced by TCDD and regulated by a NF-κB-like factor in embryos of zebrafish (*Danio rerio*). *Zebrafish*. 9(1):15-25. PMCID: PMC3308714

41. Yanik SC, Baker AH, Mann KK, **Schlezinger JJ**. 2011. Organotins are potent activators of PPARγ and adipocyte differentiation in bone marrow multipotent mesenchymal stromal cells. *Toxicol. Sci.* 122(2):476-88. PMCID: PMC3155090

42. Bissonnette, SL, Haas, A, Mann, KK, Schlezinger, JJ. 2010. The role of CaMKII in calcium-activated death pathways in bone marrow B cells. Toxicol. Sci. 118(1):108-18. PMCID: PMC2955217

43. Teague, JE, Ryu, H-Y, Kirber, M, Sherr, DH, **Schlezinger, JJ**. 2010. Proximal events in 7,12-dimethylbenz[*a*]anthracene-induced, stromal cell-dependent bone marrow B cell apoptosis: stromal cell-B cell communication, p53 induction and mitochondrial permeabilization. *J. Immunol.* 185(6):3369-78. PMCID: PMC2933279

44. Howard, GJ, **Schlezinger, JJ**, Hahn, ME, Webster, TF. 2010. Generalized Concentration Addition predicts joint effects of aryl hydrocarbon receptor agonists with partial agonists and competitive antagonists. *Environ. Health Perspect.* 118(5): 666-672. PMCID: PMC2866683

45. **Schlezinger, JJ**, Bernard, PL, Haas, A, Grandjean, P, Weihe, P, Sherr, DH. 2010. Direct assessment of cumulative aryl hydrocarbon receptor agonist activity in sera from experimentally exposed mice and environmentally exposed humans. *Environ. Health Perspect.* 118(5):693-8. PMCID: PMC2866687

46. Bissonnette, SL, Teague, JE, Sherr, DH, **Schlezinger, JJ**. 2008. An endogenous prostaglandin enhances environmental phthalate-induced apoptosis in bone marrow B cells: Activation of distinct but overlapping pathways. *J. Immunol.* 181(3):1728-36. PMCID: PMC2494875

47. **Schlezinger, JJ,** Emberley, JK, Bissonnette, SL, Sherr, DH. 2007. An L-tyrosine derivative and PPARγ agonist, GW7845, activates a multi-faceted caspase cascade in bone marrow B cells. *Toxicol. Sci.* 98(1):125-36.

48. **Schlezinger, JJ,** Liu. D, Farago, M, Seldin, DC, Belguise, K, Sonenshein, GE, Sherr, DH. 2006. A role for the aryl hydrocarbon receptor in mammary gland tumorigenesis. *Biol. Chem.* 387(9):1175-87.

49. **Schlezinger, JJ**, Emberley, JK, Sherr, DH. 2006. Activation of multiple MAP kinases in pro/pre-B cells by GW7845, a PPARγ agonist, and their contribution to GW7845-induced apoptosis. *Toxicol. Sci.* 92(2):433-44.

50. Allan, LL, **Schlezinger, JJ**, Shansab, M, Sherr, DH. 2006. CYP1A1 in polycyclic aromatic hydrocarbon-induced B lymphocyte growth suppression. *Biochem. Biophys. Res. Commun.* 342(1): 227-35.

51. 23. **Schlezinger, JJ**, Struntz, WDJ, Goldstone, J, Stegeman, JJ. 2006. Oxidative inactivation of cytochrome P450 1A and production of reactive oxygen species stimulated by halogenated aryl hydrocarbon receptor agonists. *Aquatic Toxicol.* 77(4): 422-32.

52. Ryu, H-Y, Emberley, JK, **Schlezinger, JJ**, Allan, LL, Na, S, Sherr, D. 2005. Environmental chemical-induced bone marrow B cell apoptosis: death receptor-independent activation of a caspase-3 to caspase-8 pathway. *Mol. Pharmacol.* 68(4): 1087-96.

53. **Schlezinger, JJ**, Howard, G, Hurst, C, Waxman, DJ, Webster, T, Sherr, DH. 2004. Environmental and endogenous PPARγ agonists induce bone marrow B cell growth arrest and apoptosis: interactions between mono-(2-ethylhexyl) phthalate, 9-*cis*-retinoic acid, and 15-deoxy-$\Delta^{12,14}$-prostaglandin J$_2$. *J. Immunol.* 173(5): 3165-3177.

54. Schaefer, KL, Denevich, S, Ma, C, Cooley, SR, Nakajima, A, Wada, K, **Schlezinger, J**, Sherr, D, Saubermann, LJ. 2004. Intestinal anti-inflammatory effects of thiazolidenedione PPARγ ligands on Th1 chemokine regulation include non-transcriptional control mechanisms. *Inflamm. Bowel Dis.* 11(3): 244-252.

55. Takai, Y, Canning, J, Perez, GI, Pru, JK, **Schlezinger, JJ**, Sherr, DH, Kolesnick, RN, Yuan, J, Flavell, RA, Korsmeyer, SJ, Tilly, JL. 2003. Bax, caspase-2, and caspase-3 are required for ovarian follicle loss caused by 4-vinylcyclohexene diepoxide exposure of female mice in vivo. *Endocrinology.* 144: 69-74.

56. Ryu, H-Y, Mann, KK, **Schlezinger, JJ**, Jensen, B, Sherr, DH. 2003. Environmental chemical-induced pr/pre-B cell apoptosis: analysis of c-myc, p27$^{Kip1}$, and p21$^{WAF1}$ reveals a death pathway distinct from clonal deletion. *J. Immunol.* 170: 4897-4904

57. Allan, LL, Mann, KK, Matulka, RA, Ryu, H-Y, **Schlezinger, JJ**, Sherr, DH. 2003. Bone marrow stromal-B cell interactions in polycyclic aromatic hydrocarbon-induced pro/pre-B cell apoptosis. *Toxicol. Sci.* 76(2): 3 57-365.

58. Jensen, BA, Leeman, RJ, **Schlezinger, JJ**, Sherr, DH. 2003. Aryl hydrocarbon receptor (AhR) agonists suppress interleukin-6 expression by bone marrow stromal cells. *Environ. Health. J.* 2: 16.

CV: Jennifer J. Schlezinger, Ph.D.                          March 25                                   21

59. **Schlezinger, JJ**, BA Jensen, KK Mann, H-Y Ryu, DH Sherr, 2002.  Peroxisome proliferator-activated receptor-γ-mediated NF-κB activation and apoptosis in pre-B cells.  *J. Immunol.* 169:  6831-6841.

60. Stegeman, JJ, **Schlezinger, JJ**, Tillit, DE, Craddock, JE.  2001. Cytochrome P450 1A expression in mid-water fishes:  potential effects of organic chemical contaminants in remote oceanic zones.  *Environ. Sci. Tech*. 35(1):  54-62.

61. **Schlezinger, JJ**, Stegeman, JJ.  2001.  Induction and suppression of cytochrome P450 1A by 3,3',4,4',5-pentachlorobiphenyl and its relationship to oxidative stress in the marine fish scup (*Stenotomus chrysops*). *Aquatic Toxicol*.  52(5):  101-115.

62. Matikainen, T, Perez, GI, Juriscova, A, Mann, KK, **Schlezinger, J**, Ryu, H-Y, Sakai, T, Korsmeyer, SJ, Casper, RF, Sherr, DH, Tilly, JL.  2001.  Aromatic hydrocarbon receptor-driven *bax* gene expression is required for premature ovarian failure caused by biohazardous environmental chemicals.  *Nat. Genet*. 28(4):  355-360.

63. Mann, KK, Doerre, S, **Schlezinger, JJ**, Sherr DH, Quadri S. 2001. The role of NF-κB as a survival factor in environmental chemical-induced preB cell apoptosis. *Mol. Pharmacol*. 59(2):  302-309.

64. **Schlezinger, JJ**, Blickarz, CE, Mann, KK, Stegeman, JJ. 2000.  Identification of NF-κB in the marine fish *Stenotomus chrysops* and its activation by an aryl hydrocarbon receptor agonist.  *Chem. Biol. Interact*. 126 (2):  137-157.

65. **Schlezinger, JJ**, Keller, J, Verbrugge, LA, Stegeman, JJ.  2000.  3,3',4,4'-Tetrachlorobiphenyl metabolism in fish, bird and reptile species:  Relationship to cytochrome P450 1A inactivation and reactive oxygen production.  *Comp. Biochem. Physiol.C Pharmacol. Toxicol. Endocrinol.* 125 (3):  273-286.

66. **Schlezinger, JJ**, Stegeman, JJ.  2000.  Induction of cytochrome P450 1A in the American Eel by model halogenated and non-halogenated aryl hydrocarbon receptor agonists.  *Aquat. Toxicol.*  50 (4):  375-386.

67. **Schlezinger, JJ**, Stegeman, JJ. 2000.  Dose and inducer-dependent induction of cytochrome P450 1A in endothelia of the eel, including in the swimbladder rete mirabile, a model microvascular structure.  *Drug Metab. Dispo.* 28 (6):  701-708.

68. White, RD, Shea, D, **Schlezinger, JJ**, Stegeman, JJ. 2000.  *In vitro* metabolism of polychlorinated biphenyl congeners by beluga whale (*Delphinapterus leucas*) and pilot whale (*Globicephala melas*), and its relationship to cytochrome P450 expression.  *Comp. Biochem. Physiol. C Pharmacol. Toxicol. Endocrinol.* 126 (3):  267-284.

69. **Schlezinger, JJ**, White, RD, Stegeman, JJ.  1999.  Oxidative inactivation of cytochrome P-450 1A (CYP1A) stimulated by 3,3',4,4'-tetrachlorobiphenyl:  Production of reactive oxygen by vertebrate CYP1As.  *Mol. Pharmacol*. 56:  588-597.

70. **Schlezinger, JJ**, Parker, C, Zeldin, DC, Stegeman, JJ.  1998.  Arachidonic acid metabolism in the marine fish *Stenotomus chrysops* (scup) and the effects of cytochrome P450 1A inducers*.  Arch. Biochem. Biophys*. 353: 265-275.

71. Cantrell, SM, **Joy-Schlezinger, J**, Stegeman, JJ, Tillit, DE, Hannink, M.  1998.  Correlation of 2,3,7,8-tetrachlorodibenzo-*p*-dioxin apoptotic cell death in the embryonic vasculature with embryotoxicity. *Toxicol. Appl. Pharmacol*. 148:  24-34.

72. Stegeman, JJ, Hahn, ME, Weisbrod, R, Woodin, BR, **Joy, JS**, Najibi, S, Cohen, RA.  1995.  Induction of cytochrome P4501A1 by aryl hydrocarbon receptor agonists in porcine aorta endothelial cells in culture and CYP1A1 activity in intact cells.  *Mol. Pharmacol*. 47:  296-306.

**ORIGINAL, ARTICLES ACCEPTED FOR PUBLICATION**

**ORIGINAL, ARTICLES SUBMITTED FOR PUBLICATION**

73. Ekuban, FA, Gripshover, TC, Ames, P, Bolatimi, OE, Wahlang, B, Abramson, J, Iyer, M, Luo, J, Ekuban, A, Watson, WE, Banerjee, M, Hwang, JY, Park, JW, Biswas, K, Bello, D, **Schlezinger, JJ**, McClain CJ, Cave, MC. Effects of Perfluorooctane sulfonate (PFOS) exposure on alcohol-associated liver disease severity in a chronic-binge ethanol feeding model. *Environ. Health Perspect*.

74. Lion, AT, Bodine, SM, Mccutcheon, KR, Ghogale, M, Chandragiri, S, Shrestha, BD, Abayawardena, D, Descoteaux, A, Wikramanayake, AH, **Schlezinger, J**, Wong, JY, Prakash, VN, Bradham, CA. PFAS Compounds PFOA and Gen X are Teratogenic to Sea Urchin Embryos. *Dev. Biol.*

**MANUSCRIPTS IN PREPARATION**

75. Nielsen, G, Reed, E, Webster, TF, Heiger-Bernays, W, Lara, B, Sherr, D, Hyötyläinen, T, **Schlezinger, JJ**. Integrated assessment of the effects of PFOA exposure on hepatic lipid profiles and transcriptomics in mice expression human PPARα. To be submitted to *Arch. Toxicol.*

76. **Schlezinger, JJ**. PPARα genotype modifies bone quality and the effect of perfluorooctanoic acid on bone quality. To be submitted to *Toxicol. Appl. Pharm.*

**INVITED REVIEWS**

1. **Schlezinger, JJ** and Gokce, N. 2024. Perfluoroalkyl/Polyfluoroalkyl Substances: Links to Cardiovascular Disease Risk. *Circ. Res.*. 134(9):1136-1159. PMCID: PMC11047059

2. Simmons AL, **Schlezinger JJ**, Corkey BE. 2014. What are we putting in our food that is making us fat? Food additives, contaminants, and other putative contributors to obesity? *Curr. Obesity. Rep.* 3(2): 273-285. PMCID: PMC4101898.

**IARC MONOGRAPH**

1. International Agency for Research on Cancer. *IARC monographs on the evaluation of carcinogenic risks to humans, volume 135. perfluorooctanoic acid and perfluorooctanesulfonic acid.* Lyon, France: IARC; 2024.

   I was the scientific expert that assessed more than 200 manuscripts related to human data (epidemiological and human in vitro models) on Receptor-Mediated Processes.

**MANUSCRIPTS ON TEACHING PEDAGOGY**

1. Furtunato E, Beard J, Bor J, Dolan CA, Halim N, Onyango MA, Peters JL, **Schlezinger J**, Godley S. Balancing Autonomy and Equity in Core Courses: Recommendations for Teaching Teams and Administrators of Schools and Programs of Public Health. Accepted for publication in *Pedagogy Heal. Promot.*

**PATENTS**
**USPTO #61368042**: Aryl hydrocarbon receptor modifiers as novel cancer therapeutics. Patents granted in Australia, Japan, China; pending in U.S., Brazil, Canada, Eurasia, Europe, India.

**PUBLICALLY AVAILABLE DATASETS**

ATTACHMENT A TO SCHLEZINGER DECL.

CV: Jennifer J. Schlezinger, Ph.D.                                                    March 25                                                    23

1. GSE119541. Analyses published in Kim et al., 2018.


RESEARCH TRANSLATION

1. On petition for review from final rule of the United States Environmental Protection Agency 89 FED. REG. 32, 532 (Apr. 26, 2024). Brief for Dr. Linda Birnbaum, PH.D., Dr. Jamie Dewitt, PH.D., Dr. Rainer Lohmann, PH.D. and Dr. Jennifer Schlezinger, PH.D, as AMICI CURIAE in Support of Respondents. January 2025.

2. Interview with WBRU on per- and polyfluoroalkyl substances (PFAS) and their toxicity. January 2023.

3. Review of California Public Health Goals for PFOA/PFOS in Drinking Water. February 2022.

4. Submitted comments on the documents prepared by the US Environmental Protection Agency for review by the Science Advisory Board: Per- and polyfluoroalkyl substances (PFAS) Review Panel Environmental Protection Agency. December 2021.

5. Submitted comments in support of the proposed amendments to 301 CMR 41: Toxic or Hazardous Substance List (TURA List) including adding Per- and Polyfluoroalkyl Substances Not Otherwise Listed (PFAS NOL) to the Toxic or Hazardous Substance List and a definition of the term "substance" to the regulation as a means of clarification. October 2021.

6. Invited webinar for the Northeast Waste Management Official's Association. *PFOA induces serum and liver dyslipidemia*. March 2021.

7. Submitted comments in support of the Massachusetts Department of Environmental Protection's (MassDEP) derivation of the Maximum Contaminant Level (MCL) for PFAS. February 2020.

8. MA Department of Environmental Protection presentation titled "Adverse Effects of Environmental Contaminants on Metabolic Health. What may new flame retardants and PFAS have in common?" June 2018.

9. Contributor to: Miller M, Schettler T, Tencza B, Valenti M. *A Story of Health. Infertility.* Agency for Toxic Substances and Disease Registry, Collaborative on Health and the Environment, Science and Environmental Health Network, Western States PESHU. 2017.

10. Superhuman Radio interview (*What are we putting in our food that is making us fat?*)

11. Museum of Science podcast (*Chemicals, Osteoporosis and Obesity*)

12. Collaborative on Health and the Environment partnership calls

    - *25 Years of the Superfund Research Program: Highlights and Hopes*

    - *Home Invaders: Are flame retardants fattening us up and harming our bones?*

    - *Fatty Bones Make Bad Skeletons: Influence of Bone-disrupting Chemicals across the Lifespan*


ATTACHMENT A TO SCHLEZINGER DECL.