IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

WEST VIRGINIA RIVERS COALITION, INC.,

    Plaintiff,

v.                      CIVIL ACTION NO. 2:24-cv-00701

THE CHEMOURS COMPANY FC, LLC,

    Defendant.

## ORDER

Pending before the court is Defendant's Motion for Clarification Regarding the April 24 Hearing, [ECF No. 22], filed April 4, 2025. The Motion is **DENIED AS MOOT**.

On April 1, 2025, I scheduled a preliminary injunction hearing for April 24, 2025, and instructed the parties to "come prepared to discuss the case in its entirety—including Defendant's Motion to Strike and Plaintiff's Motion for a Preliminary Injunction." [ECF No. 21]. Defendant now seeks clarification regarding that Order, specifically whether the parties will be permitted to put on evidence at the hearing, including witnesses. [ECF No. 22]. The Court's previous order set a hearing for consideration of all pending motions. Of course, the parties are permitted to put on evidence, however, the court expects the parties to present evidence expeditiously.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                    ENTER:    April 4, 2025

                    JOSEPH R. GOODWIN
                    UNITED STATES DISTRICT JUDGE