*(Rev. 10/2024)*
*Please Read Instructions.*

# TRANSCRIPT ORDER FORM

## 1. REQUESTOR'S INFORMATION

| ATTORNEY NAME | TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|---|
| Amanda Demmerle | 757-650-2774 | ademmerle@appalmad.org |

| CONTACT PERSON *(if different)* | TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|---|
| | | |

**MAILING ADDRESS** *(include law firm name, if applicable)*

Appalachian Mountain Advocates
PO Box 11571
Charleston, WV 25339

## 2. TRANSCRIPT REQUESTED

**NAME OF COURT REPORTER**
Amanda J. Pickens

**OR** CHECK HERE ☐ IF HEARING WAS RECORDED ELECTRONICALLY (CourtSmart)

| CASE NUMBER | CASE NAME | JUDGE'S NAME |
|---|---|---|
| 2:24-cv-701 | West Virginia Rivers Coalition, Inc. v. The Chemours Company FC, LLC | The Honorable Joseph R. Goodwin |

| DATE OF PROCEEDING | TYPE OF PROCEEDING | LOCATION OF PROCEEDING |
|---|---|---|
| 5/21/25–5/23/25 | Preliminary Injunction Hearing | Charleston, WV |

REQUEST IS FOR: *(Select one)* ☑ FULL PROCEEDING **OR** ☐ SPECIFIC PORTION *(Must specify below)*

SPECIFIC PORTION(S) REQUESTED *(if applicable. Confer with court reporter.)*:

## 3. TYPE OF TRANSCRIPT REQUESTED

| Transcript Type | Original | First Copy to Each Party | Each Add'l Copy |
|---|---|---|---|
| **30-Day Transcript (Ordinary)**: A transcript to be delivered within thirty (30) days after receipt of order. | ☐ $4.40 per page | ☐ $1.10 per page | ☐ $0.75 per page |
| **14-Day Transcript**: A transcript to be delivered within fourteen (14) days after receipt of order. | ☑ $5.10 per page | ☐ $1.10 per page | ☐ $0.75 per page |
| **7-Day Transcript (Expedited)**: A transcript to be delivered within seven (7) days after receipt of order. | ☐ $5.85 per page | ☐ $1.10 per page | ☐ $0.75 per page |
| **3-Day Transcript**: A transcript to be delivered within three (3) days after receipt of order. | ☐ $6.55 per page | ☐ $1.30 per page | ☐ $0.90 per page |
| **Next-Day Transcript (Daily)**: A transcript to be delivered prior to the normal opening hour of the Clerk's Office on the calendar day following receipt of the order, regardless of whether or not that calendar day is a weekend or holiday. | ☐ $7.30 per page | ☐ $1.45 per page | ☐ $1.10 per page |
| **CD of electronically recorded (CourtSmart) proceeding:** Not available if court reporter was present. | ☐ $34.00 | | |

## 4. CERTIFICATION: By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 5/27/2025 | /s/ Amanda Demmerle |