IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

WEST VIRGINIA RIVERS COALITION, INC.,

    Plaintiff,

and

LITTLE HOCKING WATER ASSOCIATION, INC.

    Intervenor-Plaintiff,

v.                                      CIVIL ACTION NO.   2:24-cv-00701

THE CHEMOURS COMPANY FC, LLC,

    Defendant.

### ORDER

Pending before the court is Defendant's Motion to Reconsider Order, [ECF No. 157], Striking Defendant's Rebuttal Expert Reports. [ECF No. 159]. Two of Defendant's attorneys in this matter represented Defendant in a prior matter before this court where rebuttal expert by the Defendant was permitted by the magistrate judge under a same or similar order. *Rhodes v. E.I. Du Pont De Nemours & Co.*, No. 6:06-cv-00530, Doc. 304 ¶ 3 (May 4, 2009). To timely resolve this matter, the Defendant is **DIRECTED** to file the reports at issue by close of business today, July 25, 2025, and Plaintiff and Intervenor-Plaintiff are **DIRECTED** to respond on or before July 27, 2025, to Defendant's Motion to Reconsider, [ECF No. 159].

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:      July 25, 2025

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE