IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**WEST VIRGINIA RIVERS COALITION, INC., and**
**THE LITTLE HOCKING WATER ASSOCIATION, INC.**

     **Plaintiffs,**

**v.**                                                      **Civil Action No. 2:24-cv-00701**

**THE CHEMOURS COMPANY FC, LLC,**

     **Defendant.**

### CHEMOURS SUBMISSION PURSUANT TO ORDER ECF NO. 161.

Pursuant to the Court's Order ECF No. 161 directing that Chemours file the subject expert reports with the Court, Chemours attaches and discloses the following expert rebuttal reports:

- Jonathan Johnson, PhD (Ex. 1)
- John Downie (Ex. 2)
- Brent Finley, PhD, DABT (Ex. 3)
- Christopher Martin, MD, MSc (Ex. 4)
- Shane A. Snyder, PhD (Ex. 5)

THE CHEMOURS COMPANY FC, LLC

By: SPILMAN THOMAS & BATTLE, PLLC

*/s/ Niall A. Paul*
David L. Yaussy (WV State Bar No. 4156)
Niall A. Paul (WV State Bar No. 5622)
Clifford F. Kinney, Jr. (WV State Bar No. 6220)
Joseph A. Ford (WV State Bar No. 12984)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Boulevard, East

Charleston, WV  25301
(304) 340-3800
(304) 340-3801 (*facsimile*)
dyaussy@spilmanlaw.com
npaul@spilmanlaw.com
ckinney@spilmanlaw.com
jford@spilmanlaw.com


James A. Walls (WV State Bar No. 5175)
SPILMAN THOMAS & BATTLE, PLLC
48 Donley Street, Suite 800
Morgantown, WV  26501
(304) 291-7920
(304) 291-7979 (*facsimile*)
jwalls@spilmanlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**WEST VIRGINIA RIVERS COALITION, INC., and
LITTLE HOCKING WATER ASSOCIATION, INC.**

      **Plaintiffs,**

v.      **CIVIL ACTION NO. 2:24-cv-00701**

**THE CHEMOURS COMPANY FC, LLC,**

      **Defendant.**

## CERTIFICATE OF SERVICE

I, Niall A. Paul, hereby certify that on July 25, 2025, I electronically filed the foregoing "**CHEMOURS SUBMISSION PURSUANT TO ORDER ECF NO. 161**" via the Court's CM/ECF electronic filing system, which will send notification to all e-filing participants in this action.

                                                  */s/ Niall A. Paul*
                                                  Niall A. Paul (WV State Bar No. 5622)