# Exhibit 4



**Water Test Kit Pro**
Results Report

710 Clark Street Suite 350, Evanston, IL 60201 | cyclopure.com

**To:** Charlise Robinson                                                                 **Date:** February 4, 2025

Thanks for testing your water with us! We test for 55 PFAS compounds. PFAS detects are highlighted in yellow. Concentrations are shown in parts per trillion (ppt). Our limit of quantification (LOQ) is 1.0 ppt for each of the 55 PFAS. We do not report detection values below our LOQ.

Your report lists results for each of the EPA regulated PFAS6 compounds (PFOA, PFOS, PFHxS, PFNA, GenX, and PFBS). Values are reported under Additional PFAS for the other 49 PFAS tested only if there has been a detection above 1.0 ppt. Regulatory information for the PFAS6 is located on the next page.

### What's In My Water?

**Kit# 14923.** Good news. **Water sample #14923** came back "clean". All 55 PFAS tested measured non-detect.

| | |
|---|---|
| Barcode | WTK_PFAS_14923 |
| Name | Charlise Robinson |
| Location | Parkersburg, WV 26101 |
| Comments | tap water, water advisory stated don't boil water |
| Filtration | Unfiltered |
| Sampling Date | 12/26/24 11:35 |
| Order Number | 21849 |
| PFOA | < 1.0 ppt |
| PFOS | < 1.0 ppt |
| PFHxS | < 1.0 ppt |
| PFNA | < 1.0 ppt |
| GenX | < 1.0 ppt |
| PFBS | < 1.0 ppt |
| Total PFAS (EPA PFAS6) | 0 |

**Be CycloSure!**

**Our Lab Method**
Back at the lab, PFAS compounds collected by the extraction disk are eluted and analyzed using isotope dilution HPLC-MS/MS.

PLAINTIFF-WVRC-007828



**Water Test Kit Pro**
Results Report

710 Clark Street Suite 350, Evanston, IL 60201 | cyclopure.com

## Regulatory Information

EPA has set Maximum Contaminant Level Goals (MCLGs) for each of the PFAS6 compounds. The MCLG is the maximum level for a contaminant in drinking water below which there is no known or expected risk to health, allowing for an adequate margin of safety. MCLGs are non-enforceable public health goals. EPA has set MCLGs of zero for PFOA and PFOS. This reflects the latest science showing that there is no level of exposure to these two PFAS without risk of health impacts. For PFBS, we have listed the EPA's health based value (HBV). [Click here to learn more].

| Compound | Final MCLG | Final MCL (enforceable levels) |
|---|---|---|
| **PFOA** | **Zero** | 4.0 ppt |
| **PFOS** | **Zero** | 4.0 ppt |
| PFHxS | 10 ppt | 10 ppt |
| PFNA | 10 ppt | 10 ppt |
| HFPO-DA (GenX) | 10 ppt | 10 ppt |
| PFBS | 2000 ppt* | Hazard Index |

\* EPA health-based value.

## 55 PFAS Compounds Detected by Cyclopure Analytical Methods

| Compound | Abbreviation | CAS# |
|---|---|---|
| Perfluorobutanoic Acid | PFBA | 375-22-4 |
| Perfluoropentanoic Acid | PFPeA | 2706-90-3 |
| Perfluorohexanoic Acid | PFHxA | 307-24-4 |
| Perfluoroheptanoic Acid | PFHpA | 375-85-9 |
| Perfluorooctanoic Acid | PFOA | 335-67-1 |
| Perfluorononanoic Acid | PFNA | 375-95-1 |
| Perfluorodecanoic Acid | PFDA | 335-76-2 |
| Perfluoroundecanoic Acid | PFUnA | 2058-94-8 |
| Perfluorododecanoic Acid | PFDoA | 307-55-1 |
| Perfluorotridecanoic Acid | PFTrDA | 72629-94-8 |
| Perfluorotetradecanoic Acid | PFTeA | 376-06-7 |
| Perfluoropropane Sulfonic Acid | PFPrS | 423-41-6 |
| Perfluorobutane Sulfonic Acid | PFBS | 375-73-5 |
| Perfluoropentane Sulfonic Acid | PFPeS | 2706-91-4 |
| Perfluorohexane Sulfonic Acid | PFHxS | 355-46-4 |
| Perfluoroheptane Sulfonic Acid | PFHpS | 375-92-8 |
| Perfluorooctane Sulfonic Acid | PFOS | 1763-23-1 |
| Perfluorononane Sulfonic Acid | PFNS | 474511-07-4 |
| Perfluorodecane Sulfonic Acid | PFDS | 335-77-3 |
| Perfluorododecane Sulfonic Acid | PFDoS | 79780-39-5 |
| 4:2 Fluorotelomer Sulfonate | 4:2 FTS | 414911-30-1 |
| 6:2 Fluorotelomer Sulfonate | 6:2 FTS | 425670-75-3 |
| 8:2 Fluorotelomer Sulfonate | 8:2 FTS | 481071-78-7 |
| 10:2 Fluorotelomer Sulfonate | 10:2 FTS | 120226-60-0 |

PLAINTIFF-WVRC-007829



**Water Test Kit Pro**
Results Report

710 Clark Street Suite 350, Evanston, IL 60201  |  cyclopure.com

| | | |
|---|---|---|
| Perfluorobutane Sulfonamide | FBSA | 30334-69-1 |
| N-Methylperfluorobutanesulfonamide | MeFBSA | 68298-12-4 |
| Perfluorohexane Sulfonamide | FHxSA | 41997-13-1 |
| Perfluorooctane Sulfonamide | PFOSA | 754-91-6 |
| Perfluorodecane Sulfonamide | FDSA | N/A |
| N-Ethylperfluorooctane-1-Sulfonamide | NEtFOSA | 4151-50-2 |
| N-Methylperfluorooctane-1-Sulfonamide | NMeFOSA | 31506-32-8 |
| Perfluorooctane Sulfonamido Acetic Acid | FOSAA | 2806-24-8 |
| N-Ethyl Perfluorooctane Sulfonamido Acetic Acid | NEtFOSAA | 2991-50-6 |
| N-Methyl Perfluorooctane Sulfonamido Acetic Acid | NMeFOSAA | 2355-31-9 |
| N-methyl perfluorooctanesulfonamidoethanol | NMeFOSE | 24448-09-7 |
| N-ethyl perfluorooctanesulfonamidoethanol | NEtFOSE | 1691-99-2 |
| Hexafluoropropylene Oxide Dimer Acid | HFPO-DA | 13252-13-6 |
| 4,8-Dioxa-3H-Perfluorononanoate | ADONA | 919005-14-4 |
| Perfluoro-3-Methoxypropanoic Acid | PFMPA | 377-73-1 |
| Perfluoro-4-Methoxybutanoic Acid | PFMBA | 863090-89-5 |
| Perfluoro-3,6-Dioxaheptanoic Acid | NFDHA | 151772-58-6 |
| 9-Chlorohexadecafluoro-3-Oxanone-1-Sulfonic Acid | 9Cl-PF3ONS | 756426-58-1 |
| 11-Chloroeicosafluoro-3-Oxanonane-1-Sulfonic Acid | 11CL-PF3OUdS | 763051-92-9 |
| Perfluoro(2-ethoxyethane) Sulfonic acid | PFEESA | 113507-82-7 |
| Perfluoro-4-ethylcyclohexane Sulfonic Acid | PFECHS | 646-83-3 |
| 8-Chloroperfluoro-1-Octanesulfonic Acid | 8Cl-PFOS | 777011-38-8 |
| 3-Perfluoropropyl Propanoic Acid | 3:3FTCA | 356-02-5 |
| 2h,2h,3h,3h-Perfluorooctanoic Acid | 5:3FTCA | 914637-49-3 |
| 3-Perfluoroheptyl propanoic acid | 7:3FTCA | 812-70-4 |
| 2H-Perfluoro-2-dodecenoic acid | FDUEA | 70887-94-4 |
| 2H-perfluoro-2-decenoic acid | FOUEA | 70887-84-2 |
| Bis(perfluorohexyl)phosphinic acid | 6:6PFPi | 40143-77-9 |
| (Heptadecafluorooctyl)(tridecafluorohexyl) Phosphinic Acid | 6:8PFPi | 610800-34-5 |
| Bis(perfluorooctyl)phosphinic acid | 8:8PFPi | 40143-79-1 |
| N-(3-dimethylaminopropan-1-yl) perfluoro-1-hexanesulfonamide | N-AP-FHxSA | 50598-28-2 |

PLAINTIFF-WVRC-007830