## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**WEST VIRGINIA RIVERS COALITION, INC., and
LITTLE HOCKING WATER ASSOCIATION, INC.**

      **Plaintiffs,**

**v.**                                                              **CIVIL ACTION NO.  2:24-cv-00701**

**THE CHEMOURS COMPANY FC, LLC,**

      **Defendant.**

### NOTICE OF APPEAL

Notice is hereby given that defendant The Chemours Company FC, LLC ("Chemours") appeals to the United States Court of Appeals for the Fourth Circuit from this Court's August 7, 2025 opinion and order (ECF No. 184) granting Plaintiff's motion for a preliminary injunction, as well as all opinions and orders subsumed or incorporated in that opinion and order.  *See* 28 U.S.C. § 1292(a)(1) (courts of appeals have jurisdiction over orders granting injunctions).

              **THE CHEMOURS COMPANY FC, LLC**

              **By: SPILMAN THOMAS & BATTLE, PLLC**


*/s/ Joseph A. Ford*
David L. Yaussy (WV State Bar No. 4156)
Niall A. Paul (WV State Bar No. 5622)
Clifford F. Kinney, Jr. (WV State Bar No. 6220)
Joseph A. Ford (WV State Bar No. 12984)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Boulevard, East
Charleston, WV  25301
(304) 340-3800
(304) 340-3801 (*facsimile*)
dyaussy@spilmanlaw.com
npaul@spilmanlaw.com
ckinney@spilmanlaw.com
jford@spilmanlaw.com

22148459

James A. Walls (WV State Bar No. 5175)
SPILMAN THOMAS & BATTLE, PLLC
48 Donley Street, Suite 800
Morgantown, WV  26501
(304) 291-7920
(304) 291-7979 (*facsimile*)
jwalls@spilmanlaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**WEST VIRGINIA RIVERS COALITION, INC., and
LITTLE HOCKING WATER ASSOCIATION, INC.,**

      **Plaintiffs,**

**v.**                                     **Civil Action No. 2:24-cv-00701**

**THE CHEMOURS COMPANY FC, LLC,**

      **Defendant.**

### CERTIFICATE OF SERVICE

I, Joseph A. Ford, hereby certify that on August 7, 2025, I electronically filed the foregoing

**NOTICE OF APPEAL** via the Court's CM/ECF electronic filing system, which will send

notification to all e-filing participants in this action.

                                    */s/ Joseph A. Ford*
                                    Joseph A. Ford (WV State Bar No. 12984)

22148459