FILED: June 3, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1924
(2:24-cv-00701)

_____

WEST VIRGINIA RIVERS COALITION, INC.

Plaintiff - Appellee

and

LITTLE HOCKING WATER ASSOCIATION, INC.

Intervenor/Plaintiff - Appellee

v.

THE CHEMOURS COMPANY FC, LLC

Defendant - Appellant

------------------------------

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA;
AMERICAN CHEMISTRY COUNCIL

Amici Supporting Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, the preliminary injunction is vacated.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK