**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

**WEST VIRGINIA RIVERS COALITION, INC.**

**Plaintiff,**

**LITTLE HOCKING WATER ASSOCIATION, INC.**

**Intervenor-Plaintiff,**

**v.** **Civil Action No. 2:24-cv-00701**

**THE CHEMOURS COMPANY FC, LLC,**

**Defendant.**

**PLAINTIFF WVRC'S MOTION TO DISMISS ITS CLAIMS WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff West Virginia Rivers Coalition ("WVRC") respectfully requests that the Court dismiss with prejudice the claims it brought against Chemours in its December 5, 2024 Complaint (ECF No. 1).

Federal Rule of Civil Procedure 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." As the Eighth Circuit has recognized, Rule 41(a)(2) can be used to dismiss some or all of a plaintiff's claims. *See Johnston v. Cartwright*, 355 F.2d 32, 39 (8th Cir. 1966) (citing 5 Moore's Federal Practice, Par. 41.06-1, p. 1087 (2d ed. 1964)). This Court has also allowed Rule 41(a)(2) to be used to dismiss claims made by one plaintiff. *See Smith v. Green Tree Servicing, LLC*, No. 2:09-CV-710, 2010 WL 1050350, at *2 & n.4 (S.D.W. Va. Mar. 18, 2010) (analyzing use of Rule 41(a)(2) to dismiss claims where, like here, there is "a partial dismissal of claims in one sense inasmuch as John Smith's claims would go out of the case along with the party prosecuting them, leaving behind only those claims advanced by the remaining party plaintiff, Dawn Smith"). The Court can

therefore dismiss WVRC's claims separately from Intervenor Little Hocking Water Association's claims.

"The purpose of Rule 41(a)(2) is freely to allow voluntary dismissals unless the parties will be unfairly prejudiced." *Davis v. USX Corp.*, 819 F.2d 1270, 1273 (4th Cir.1987). Typically, courts look to whether the dismissal would prejudice the Defendant. *See Andes v. Versant Corp.*, 788 F.2d 1033, 1036 (4th Cir.1986). There is no prejudice to Chemours because WVRC and Chemours have reached an agreement settling WVRC's claims in light of the proposed Consent Decree the U.S. Government lodged against Chemours on June 24, 2026, in this district, and Chemours consents to WVRC's motion. Thus, the Court should grant WVRC's motion and dismiss WVRC's claims with prejudice pursuant to Rule 41(a)(2).

DATED: July 10, 2026

Respectfully submitted,

**/s/ Amanda Demmerle**
AMANDA DEMMERLE (WVBN 13930)
DEREK TEANEY (WVBN 10223)
APPALACHIAN MOUNTAIN ADVOCATES, INC.
P.O. Box 507
Lewisburg, WV 24901
Telephone: (304) 646-1182
Email: dteaney@appalmad.org
ademmerle@appalmad.org

**/s/ James M. Hecker**
JAMES M. HECKER (*pro hac vice*)
DANIEL C. SNYDER (*pro hac vice*)
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 797-8600
Email: jhecker@publicjustice.net
dsnyder@publicjustice.net

Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

**WEST VIRGINIA RIVERS COALITION, INC.**

**Plaintiff,**

**LITTLE HOCKING WATER ASSOCIATION, INC.**

**Intervenor-Plaintiff,**

**v.** **Civil Action No. 2:24-cv-00701**

**THE CHEMOURS COMPANY FC, LLC,**

**Defendant.**

## CERTIFICATE OF SERVICE

I, Amanda Demmerle, do hereby certify that, on July 10, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system, which will notify the following participants:

KIRK R. AUVIL
The Employment Law Center, PLLC
1208 Market Street
Parkersburg, WV 26101
theemploymentlawcenter@gmail.com

D. DAVID ALTMAN
JUSTIN D. NEWMAN
AMY J. LEONARD
AltmanNewman Co. LPA
15 E. 8th Street
Cincinnati, OH 45202
daltman@environlaw.com
jnewman@environlaw.com
aleonard@environlaw.com

*Counsel for The Little Hocking Water Association, Inc.*

JAMES A. WALLS
Spilman Thomas & Battle, PLLC
48 Donley Street, Suite 800
Morgantown, WV 26501
(304) 291-7920
jwalls@spilmanlaw.com

CLIFFORD F. KINNEY, JR.
NIALL A. PAUL
JOSEPH CREIGHTON UNGER
DAVID L. YAUSSY
JOSEPH A. FORD
Spilman Thomas & Battle, PLLC
P.O. Box 273
Charleston, WV 25301
(304) 340-3844
ckinney@spilmanlaw.com
npaul@spilmanlaw.com
junger@spilmanlaw.com
dyaussy@spilmanlaw.com
jford@spilmanlaw.com

*Counsel for The Chemours Company FC, LLC*

**/s/ Amanda P. Demmerle**
AMANDA P. DEMMERLE (WVBN 13930)