**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

**WEST VIRGINIA RIVERS COALITION, INC.**

**Plaintiff,**

**LITTLE HOCKING WATER ASSOCIATION, INC.**

**Intervenor-Plaintiff,**

**v.** **Civil Action No. 2:24-cv-00701**

**THE CHEMOURS COMPANY FC, LLC,**

**Defendant.**

**[PROPOSED] ORDER**

Pending before the Court is Plaintiff WVRC's motion to dismiss its claims with prejudice. Therein, WVRC provided that it has reached a settlement with Defendant Chemours for all claims filed in its Complaint and that Chemours consented to its motion.

Federal Rule of Civil Procedure 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." The Court considers dismissal of WVRC's claims with prejudice as proper terms in these circumstances.

Thus, pursuant to Rule 41(a)(2), the Court hereby **GRANTS** the Motion and **DISMISSES** WVRC's claims against Chemours **WITH PREJUDICE**.

ENTER: July __, 2026

_____________________________
THE HONORABLE JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE