**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

| | | |
|---|---|---|
| **WEST VIRGINIA RIVERS COALITION, INC.**<br><br>Plaintiff,<br><br>**LITTLE HOCKING WATER ASSOCIATION, INC.**<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>**THE CHEMOURS COMPANY FC, LLC,**<br><br>Defendant. | ) | Civil Action No. 2:24-cv-00701 |

**PLAINTIFF LITTLE HOCKING WATER ASSOCIATION'S RESPONSE REGARDING CONTINUATION OF ACTION FOLLOWING PLAINTIFF'S MOTION TO DISMISS**

Plaintiff Little Hocking Water Association, Inc. ("LHWA") respectfully submits this Response to Plaintiff, West Virginia Rivers Coalitions, Inc.'s Motion to Dismiss its claims pursuant to Federal Rule of Civil Procedure 41(a)(2) (Doc. 221).

Under Fourth Circuit law, an intervenor with independent standing may continue an action even after the original plaintiff voluntarily dismisses its claims. *See Shaw v. Hunt*, 154 F.3d 161, 165-66 (4th Cir. 1998). This principle ensures that parties with Article III standing and protectable interests are not deprived of their day in court by the strategic decisions of the original plaintiff. LHWA intervened in this action based on direct organizational standing arising from concrete and particularized injuries to its interests. LHWA was granted leave to intervene as of right in this action based upon this Court's finding that, among other things, LHWA possesses

independent claims and standing to pursue claims under the Clean Water Act, 33 U.S.C. § 1251 et seq. This Court granted Intervention without any limitation or restriction.

Because Little Hocking needs time to evaluate WVRC's request to dismiss and the effect of the pending Chemours/US Consent Decree, LHWA respectfully requests that the Court not take action on WVRC's Motion to Dismiss until Little Hocking has time to evaluate the effect of these material events on its pending claims.

Dated: July 14, 2026

Respectfully submitted,

*s/ Kirk R. Auvil*

Kirk R. Auvil (WV Bar # 12953)
The Employment Law Center, PLLC
1208 Market Street
Parkersburg, West Virginia 26101
Phone Number: (304) 485-3058
theemploymentlawcenter@gmail.com

*s/ D. David Altman*

D. David Altman (*Pro Hac Vice)*
Justin D. Newman (*Pro Hac Vice*)
Amy J. Leonard (*Pro Hac Vice*)
*AltmanNewman Co. LPA*
15 E. 8th Street
Cincinnati, Ohio 45202
Phone: (513) 721-2180
Fax: (513) 721-2299
daltman@environlaw.com
jnewman@environlaw.com
aleonard@environlaw.com

*Attorneys for Plaintiff-Intervenor Little Hocking Water Association*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

| | | |
|---|---|---|
| **WEST VIRGINIA RIVERS COALITION, INC.**<br><br>Plaintiff,<br><br>**LITTLE HOCKING WATER ASSOCIATION, INC.**<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>**THE CHEMOURS COMPANY FC, LLC**,<br><br>Defendant. | ) | Civil Action No. 2:24-cv-00701 |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2026, I electronically filed the foregoing response with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties in the case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Kirk R. Auvil*

Kirk R. Auvil (WV Bar # 12953)
*An Attorney for Little Hocking*