# EXHIBIT 1

**SETTLEMENT AGREEMENT**

This Settlement Agreement ("AGREEMENT") is entered into between West Virginia Rivers Coalition, Inc. ("WVRC") and The Chemours Company FC, LLC ("Chemours").

WVRC and Chemours hereby acknowledge and agree that the United States and Chemours have reached a settlement in principle in *United States v. The Chemours Company FC, LLC*, No. [TBD] (S.D.W. Va. 2026), which settles the same claims under the Clean Water Act, 33 U.S.C. §§ 1251 *et seq.*, asserted against Chemours by WVRC in *West Virginia Rivers Coalition, Inc. v. The Chemours Company FC, LLC*, No. 2:24-cv-00701 (S.D.W. Va. 2024) ("Citizen Suit"). WVRC and Chemours agree to hold this executed AGREEMENT in escrow until the Consent Decree in *United States v. The Chemours Company FC, LLC* is lodged in the District Court for the Southern District of West Virginia.

WVRC and Chemours further acknowledge and agree that the settlement between the United States and Chemours, and the accompanying Consent Decree, impose civil penalties and injunctive relief against Chemours for all of the same alleged Clean Water Act violations asserted by WVRC in its Citizen Suit.

In light of the above-referenced settlement between the United States and Chemours, WVRC and Chemours have reached a mutual agreement whereby Chemours agrees to pay WVRC's reasonable attorneys' fees and costs in the sum of $970,000.00, which payment shall be made to WVRC's attorneys by wire transfer within 30 days of the lodging of the Consent Decree. In exchange, within 3 days, including weekends and holidays, of the receipt of such funds, WVRC will file (i) a Motion to Dismiss Its Claims with Prejudice Under Rule 41 and (ii) a Proposed Order Dismissing WVRC's Claims with Prejudice, as reviewed and approved by Chemours. WVRC's Motion to Dismiss under Rule 41 may articulate that it seeks to only dismiss claims brought by WVRC and/or that WVRC takes no position as to the motion's effect on claims by remaining parties in the Citizen Suit, or something materially similar. In the unlikely event the Court denies WVRC's Motion to Dismiss, WVRC and Chemours agree to work in good faith to identify a mutually agreeable procedure through which WVRC will take court action to no longer pursue the claims it brought through the Citizen Suit.

WVRC and its undersigned counsel further agree to take no position opposing the above-referenced settlement and accompanying Consent Decree between the United States and Chemours, hereby agreeing to not move to intervene in the United States' enforcement action, to not move to consolidate the Citizen Suit with the government enforcement action, to not submit comments opposing the Consent Decree during the public comment period, or at any time, and to not materially assist others (including, but not limited to, WVRC's members, other individuals, and other organizations) in preparing comments opposing the Consent Decree during the public comment period. WVRC, however, is not obligated to prevent its members from opposing the Consent Decree in their individual capacities or other persons or groups from availing themselves of WVRC's previously submitted materials in the Citizen Suit action. Such actions by individual WVRC members or unrelated individuals or organizations without the active involvement of WVRC or its attorneys cannot constitute "material assistance."

This AGREEMENT shall take effect on the last date on which the signature of a party to this AGREEMENT is executed. The AGREEMENT will be held in escrow until the date when the Consent Decree in *United States v. The Chemours Company FC, LLC* is lodged in the District Court for the Southern District of West Virginia. After the Consent Decree is lodged, WVRC and Chemours may describe the AGREEMENT to the district court in any motion they file in relation to this AGREEMENT or in other communications or status updates they provide to the district court. WVRC and Chemours may also describe the AGREEMENT in any press release and, as to Chemours, SEC filing after the Consent Decree is lodged.

It is expressly understood and agreed that this AGREEMENT has been freely and voluntarily entered into by WVRC and Chemours with and upon advice of counsel.

WVRC and Chemours hereby enter into this AGREEMENT.

By: Todd Coomes, Deputy General Counsel
For The Chemours Company FC, LLC
Date: June 23, 2026

By: Jennie Smith, Executive Director
For West Virginia Rivers Coalition, Inc.
Date: June 23, 2026